STATE OF NEW MEXICO
COUNTY OF TORRANCE
SEVENTH JUDICIAL DISTRICT COURT
FILED

**Susan Rossignol**
FEB 2 8 2023

Time: 4:00 PM
_Kelly Moore_ Clerk

SECOND JUDICIAL DISTRICT COURT
COUNTY OF TORRANCE
STATE OF NEW MEXICO

In The Matter of James Alan Springer
AKA James Freeman

NO. D-722-MS-2023-00001

## ADMINISTRATIVE ORDER

**THIS MATTER HAVING COME TO THE ATTENTION OF THE COURT** and the Court being fully advised that in the interest of the safety and security of Judges, Special Commissioners, Hearing Officers, and other Court personnel,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that James Alan Springer AKA James Freeman, Caucasian male, red hair and blue eyes, 6'0" in height, 170 lbs. DOB 7/29/84, SSN: XXX-XX-7976 is hereby banned from entering the Torrance County District Court at the Neil Mertz Judicial Complex, 903 N. 5th St., Estancia, NM 87016 unless appearing for a hearing or having specific Court business, in which cases the individual shall be escorted and accompanied by the Torrance County Sheriff's Office, while in the building.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that James Alan Springer AKA James Freeman, upon entering the Neil Mertz Judicial Complex located at 903 N. 5th St., Estancia, NM shall enter the TCSO and identify himself to the TCSO as being an obstinate visitor upon entering into the building alerting law enforcement that he must be escorted and accompanied pursuant to this Order, effective March 1, 2023.

THE HONORABLE Mercedes C. Murphy
Chief Judge, Seventh Judicial District

# EXHIBIT 1