STATE OF NEW MEXICO
SEVENTH JUDICIAL DISTRICT COURT

FILED

MAR 2 3 2023

Rachel Gonzales
COURT CLERK
BY_____ DEPUTY

SEVENTH JUDICIAL DISTRICT COURT
COUNTY OF TORRANCE
STATE OF NEW MEXICO

NO. D-722-MS-2023-00001
D-725-MS-2023-00001
D-721-MS-2023-00001
D-728-MS-2023-00001

In The Matter of James Alan Springer
AKA James Freeman

FILED IN
TORRANCE CO MAGISTRATE COURT

MAR 2 3 2023

By_____ Clerk

## AMENDED ADMINISTRATIVE ORDER

**THIS MATTER HAVING COME TO THE ATTENTION OF THE COURT** and the Court

being fully advised that in the interest of the safety and security of Judges, Special Commissioners,

Hearing Officers, and other Court personnel,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that James Alan Springer

AKA James Freeman, Caucasian male, red hair and blue eyes, 6'0" in height, 170 lbs. DOB 7/29/84,

SSN: XXX-XX-7976 is hereby banned from entering the Torrance County District Court at the Neil

Mertz Judicial Complex, 903 N. 5th St., Estancia, NM 87016, the Torrance County Magistrate Court at

1100 U.S. Route 66, Moriarty, NM 87035; the Socorro County District Court at 200 Church Street,

Socorro NM 87801; the Socorro County Magistrate Court at 102 Winkler, Socorro NM 87801; Catron

County District Court at 100 Main Street, Reserve, NM 87830; Catron County Magistrate Court at 698A

NM-12, Reserve, NM 87830; Sierra County District Court, 311 N. Date Street, T or C, NM 87901; Sierra

County Magistrate Court at 155W. Barton Street, T or C, NM 87901, unless appearing for a hearing or

having specific Court business, in which cases the individual shall be escorted and accompanied by the

law enforcement, while in any of the buildings.

**IT IS FURTHER ORDERED,** ADJUDGED **AND DECREED** that James Alan Springer AKA

James Freeman, upon entering the Neil Mertz Judicial Complex located at 903 N. 5th St., Estancia, NM;

the Torrance County Magistrate Court at 1100 U.S. Route 66, Moriarty, NM 87035; the Socorro County

# EXHIBIT 3

District Court at 200 Church Street, Socorro NM 87801; the Socorro County Magistrate Court at 102 Winkler, Socorro NM 87801; Catron County District Court at 100 Main Street, Reserve, NM 87830; Catron County Magistrate Court at 698A NM-12, Reserve, NM 87830; Sierra County District Court, 311 N. Date Street, T or C, NM 87901; or Sierra County Magistrate Court at 155W. Barton Street, T or C, NM 87901 shall contact local law enforcement for each respective county and identify himself to local law enforcement as being an obstinate visitor upon entering into any of the buildings alerting law enforcement that he must be escorted and accompanied pursuant to this Order, effective March 23, 2023.

THE HONORABLE Mercedes C. Murphy
Chief Judge, Seventh Judicial District