STATE OF NEW MEXICO
COUNTY OF TORRANCE
SEVENTH JUDICIAL DISTRICT COURT

STATE OF NEW MEXICO
COUNTY OF TORRANCE
SEVENTH JUDICIAL DISTRICT COURT
FILED
Susan Rossignol
MAY 24 2023
Time: 12:18 pm
_____ Deputy

MAKAYLA LUNA

v.                                                                  D-722-DV-2019-00050

CHRISTOPHER COOKE-LOVATO

ORDER EXCLUDING PRESENCE

AND NOW, this matter having come before the Court sua sponte, the Court having received an email from Mr. James Springer, aka James Freeman, that he intended to attend the above captioned matter with the intent to record the proceedings, and Mr. Springer having previously been banned from entering the Court House without a legitimate, relevant business,

IT IS HEREBY ORDERED THAT James Springer, aka James Freeman remains banned from the Torrance County Courthouse by prior Order and is specifically banned from attending the above captioned matter on May 24, 2023 per Chief Judge Murphy.

Honorable Shannon Murdock-Poff
District Court Judge

Submitted by:

/S/ Joseph E. CampBell

Joseph E. CampBell
Hearing Office

**EXHIBIT 5**