# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

    Plaintiff,

    v.                                  No. 1:23-cv-00499-KWR-JMR

SEVENTH JUDICIAL DISTRICT COURT
MERECEDES MURPHY,
SHANNON MURDOCK-POFF,
JASON JONES, and SUSAN ROSSIGNOL,

    Defendants.

## ORDER DIRECTING SERVICE AND SETTING BRIEFING SCHEDULE

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Temporary Restraining Order and Request for Preliminary Injunction **(Doc. 1)**.  Plaintiff requests a temporary restraining order.

Fed. R. Civ. P. 65(b)(1) provides that:

> The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if:
>
> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and
>
> (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Here, Plaintiff asserts that he provided notice through e-mail to the Seventh Judicial District Court's proposed text e-mail.

Considering the circumstance, the Court finds that briefing would be appropriate. Therefore, Plaintiff shall serve the complaint and summons, the TRO motion, and this order on the appropriate Defendants. Plaintiff shall file a certificate of service on the docket.

Defendants shall respond to the motion for temporary restraining order or preliminary injunctive relief **(Doc. 1)** within **fourteen (14) days** of service of the motion and this order. Plaintiff may reply within **fourteen (14) days** of the filing of the response. The parties should attach all evidence they wish the Court to consider, such as affidavits, or explain in detail why an evidentiary hearing is necessary.

**IT IS SO ORDERED**.

_____
**KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**