IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JAMES SPRINGER,**

    **Plaintiff,**

**v.**

                                                      **Civil Action No. 1:23-cv00499-MIS-JMR**

**SEVENTH JUDICIAL DISTRICT COURT,
MERCEDES MURPHY,
SHANNON MURDOCK-POFF, JASON JONES,
and SUSAN ROSSIGNOL,**

    **Defendants.**

## CERTIFICATE OF SERVICE

      This is to certify that a Summonses and Complaint were served upon Defendants on June 9, 2023, ECF Doc. Nos. 3, 4, 5, 6, and 8. Additionally, the Court's Order for Briefing, ECF Doc. No. 2 was served via Chief Judge Mercedes Murphy's proposed text email on June 21, 2023 and again via a process server upon the Seventh Judicial District Court Clerk on July 13, 2023 as evidenced by Exhibit 1 hereto.

                                                WESTERN AGRICULTURE, RESOURCE
                                                AND BUSINESS ADVOCATES, LLP

                                                */s/ Jared R. Vander Dussen*
                                                Jared R. Vander Dussen, Esq.
                                                A. Blair Dunn, Esq.
                                                400 Gold Ave. SW, Suite 1000
                                                Albuquerque, NM 87102
                                                (505) 750-3060
                                                abdunn@ablairdunn-esq.com
                                                warba.llp.jared@gmail.com