IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

    Plaintiff,

v.

SEVENTH JUDICIAL DISTRICT COURT,
MERCEDES MURPHY,
SHANNON MURDOCK-POFF, JASON JONES,
and SUSAN ROSSIGNOL,

    Defendants.

Civil Action No. 1:23-cv00499-MIS-JMR

**EXHIBIT 1**

### AFFIDAVIT OF SERVICE

STATE OF NEW MEXICO    )
    )ss
COUNTY OF BERNALILLO    )

    I, Michael Tinker, am competent to state, and declare the following:

On July 13, 2023 I served upon the Court Clerk for the Seventh Judicial District Court in Estancia, New Mexico at 903 N. Fifth Street a copy of the Court's Order in the above captioned matter, ECF Doc. No. 2.

FURTHER AFFIANT SAYETH NOT,

                                    Michael Tinker

SUBSCRIBED AND SWORN TO BEFORE ME this ____ day of July, 2023.

State of New Mexico, Notary Public
Dawne B. Roberto
Commission Number 1116879
My Comm. Expires Feb. 02, 2025

NOTARY PUBLIC

1