IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

    Plaintiff,

v.                                                 1:23-cv-00499-KWR-JMR

SEVENTH JUDICIAL DISTRICT COURT,
MERECEDES MURPHY, SHANNON
MURDOCK-POFF, JASON JONES, and
SUSAN ROSSIGNOL,

    Defendants.

## **ORDER SETTING TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **Monday, August 28, 2023**, at **10:00 a.m.** Counsel shall call my AT&T toll-free conference line at 1-877-336-1831 and dial access code 4999264 to be joined to the proceedings.

The parties should be prepared to discuss service of the defendants and the steps needed to move this matter towards resolution.

The Clerk's Office is hereby ordered to send a copy of this order via certified mail with a signature from the Clerk's Office to each defendant at the address they were served, which is the Neil Mertz Judicial Complex, 903 N. 5th Street, Estancia, NM 87016. The Clerk's office is also ordered to send a copy of this order via certified mail to the New Mexico Administrative Office of Courts at the following address: New Mexico Administrative Office of the Courts, The State of New Mexico, 202 E. Marcy St., Santa Fe, NM 87501.

                                                                    JENNIFER M. ROZZONI
                                                                      United States Magistrate Judge