IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

        Plaintiff,

v.

        Civil Action No. 1:23-cv00499-MIS-JMR

SEVENTH JUDICIAL DISTRICT COURT,
MERCEDES MURPHY,
SHANNON MURDOCK-POFF, JASON JONES,
and SUSAN ROSSIGNOL,

        Defendants.

## NOTICE OF COMPLETION OF BRIEFING, SERVICE AND ADDITIONAL INFORMATION

COMES NOW, Plaintiff, by and through undersigned counsel of record, and hereby notifies the Court that briefing is complete on *Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction,* ECF Doc. No. 1.

Plaintiff's motion was filed June 9, 2023 and a process server delivered copies of the Complaint with the included Motion for TRO and PI along with the summonses to the 7th Judicial District Court Clerk Defendant Susan Rossignol on June 9, 2023. The following week a copy of the Complaint and Summons were delivered as required by FRCP 4 to the New Mexico Attorney General via USPS First Class Mail. This Court's Order Requiring Briefing, ECF Doc. No. 2, was transmitted to the Defendants first on June 21, 2023 via and again by process server on July 13, 2023. *See* ECF Doc. No. 12. Following the Magistrate Judge's Order setting a status conference in this matter, Plaintiff again mailed the Attorney General's Office with copies of the documents on July 29, 2023. *See* ECF Doc. No. 24. To date no response has been filed, nor acknowledgment of the pleadings or the Court's Order has been received from Defendants by Plaintiff's counsel. Upon information and belief, Defendant Murphy apprised the New Mexico Supreme Court the

1

same day that she was served. It was her proposed text email and that of Defendant Murdock's that were served with a copy of the Court's Order, ECF Doc. No. 2., Judge Murphy has acknowledged receipt of the service on the record. *See* Exhibit 1 attached hereto.

Additionally, Plaintiff supplies the Court with his Declaration, Exhibit 2, in support of the Court's grant of injunctive relief pursuant to request in the Motion, ECF Doc. No. 1. Plaintiff respectfully pray that the Court issue the preliminary injunction, as the Defendants have willfully failed to respond in the 14 days order by the Court that followed the first service of the Court's Order on June 21, 2023.

Respectfully submitted,

WESTERN AGRICULTURE, RESOURCE
AND BUSINESS ADVOCATES, LLP

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.
Jared R. Vander Dussen, Esq.
400 Gold Ave SW, Suite 1000
Albuquerque, NM 87102
(505) 750-3060
abdunn@ablairdunn-esq.com
warba.llp.jared@gmail.com


Zach Cook, LLC

*/s/ Zach Cook*
Zach Cook
1202 Sudderth # 425
Ruidoso, NM 88345
(575) 937-7644
zach@zachcook.com

CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2023, I filed the foregoing via the CM/ECF causing all parties of record to be served electronically.

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.