SEVENTH JUDICIAL DISTRICT COURT
COUNTY OF TORRANCE
STATE OF NEW MEXICO

FILED
7th JUDICIAL DISTRICT COURT
Torrance County
8/7/2023 12:33 PM
SUSAN ROSSIGNOL
CLERK OF THE COURT
/s/ Kathleen Saavedra

**STATE OF NEW MEXICO,**

    Plaintiff,

vs.                        D-722-LR-2023-00003

**CHRISTINA ESTRADA,**

    **Defendant.**

### ORDER OF RECUSAL

I, Mercedes C. Murphy, Chief District Judge, Division I, of the Seventh Judicial District Court of the State of New Mexico, within and for the county of Torrance, hereby recuse myself and all of the district judges in the Seventh from presiding in the above-entitled and numbered cause of action because defense counsel, Blair Dunn has personally sued each of the District Judges in the Seventh.

_____
**MERCEDES C. MURPHY**
District Judge, Div. I

# **EXHIBIT 1**