IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

    Plaintiff,

v.

    Civil Action No. 1:23-cv00499-MIS-JMR

SEVENTH JUDICIAL DISTRICT COURT,
MERCEDES MURPHY,
SHANNON MURDOCK-POFF, JASON JONES,
and SUSAN ROSSIGNOL,

    Defendants.

## DECLARATION OF JAMES SPRINGER

I, James Springer declare:

1. I am a resident of Torrance County, New Mexico.

2. I am familiar with the contents of the Complaint and the Motion for TRO and Preliminary Injunction in this matter, and I verify that they are true and correct to the best of my knowledge.

3. I have never been obstructive, or instructed any person to unlawfully interfere with the business of the Seventh Judicial District Court.

4. My interactions with the employees of the Seventh Judicial District Court as member of the press is documented on my YouTube channel at the following links:

    https://youtu.be/KZ-EhXuOZNM

    https://youtu.be/Kli31IfmuTE

    https://www.youtube.com/watch?v=d-lFYUWxXoA

    https://www.youtube.com/watch?v=tMWaBnGKyYA

**EXHIBIT 2**

https://www.youtube.com/watch?v=HLLluFrnlpc

https://www.youtube.com/watch?v=ulNWsxMCWqE

https://www.youtube.com/watch?v=MzrvNN1YpQI

5. I have never instructed or used any language that would incite any other person to act unlawfully towards the Seventh Judicial District or any employee thereof.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and is executed this 31st day of July 2023.

James Springer