STATE OF NEW MEXICO
COUNTY OF TORRANCE
SEVENTH JUDICIAL DISTRICT

IN RE: JAMES SPRINGER                               D-722-MS-2023-00001

## NOTICE OF NON-PROSECUTION

COMES NOW Marco P. Serna, Special Prosecutor for the State of New Mexico, and informs this Court that the State has not received adequate information to move forward with the prosecution regarding the matter involving Mr. Springer.

Respectfully submitted,

_____
Marco Serna
Special Prosecutor
440 Galisteo St.
Santa Fe, NM  87501

## CERTIFICATE OF DELIVERY

I hereby certify that I caused to be delivered a true and correct copy of the foregoing Notice to defense counsel, A. Blair Dunn, on this 1st day of September, 2023.

_____
Marco Serna
Special Prosecutor

# EXHIBIT 1