IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

       Plaintiff,

v.

                                      Civil Action No. 1:23-cv-00499-MIS-JMR

SEVENTH JUDICIAL DISTRICT COURT,
MERCEDES MURPHY,
SHANNON MURDOCK-POFF, JASON JONES,
and SUSAN ROSSIGNOL,

       Defendants.

## NOTICE OF APPEAL

Notice is hereby given, pursuant to Fed. R. App. P., Rule and from 28 U.S.C.A. § 1292 that Plaintiff James Springer hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Amended Memorandum Opinion and Order of this Court (ECF Doc. 38), Denying Plaintiffs' Request for Temporary Restraining Order and Preliminary Injunction.

Respectfully submitted this 29th day of September 2023.

                                      Respectfully submitted,

                                      WESTERN AGRICULTURE, RESOURCE
                                      AND BUSINESS ADVOCATES, LLP

                                      */s/ A. Blair Dunn*
                                      A. Blair Dunn, Esq.
                                      Jared R. Vander Dussen, Esq.
                                      400 Gold Ave SW, Suite 1000
                                      Albuquerque, NM 87102
                                      (505) 750-3060
                                      abdunn@ablairdunn-esq.com
                                      warba.llp.jared@gmail.com

Zach Cook, LLC

*/s/ Zach Cook*
Zach Cook
1202 Sudderth # 425
Ruidoso, NM 88345
(575) 937-7644
zach@zachcook.com

CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, I filed the foregoing via the CM/ECF causing all parties of record to be served electronically.

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.

2