**abdunn ablairdunn-esq.com**

| | |
|---|---|
| **From:** | NMDdb_Proposed Text Strickland <Stricklandproposedtext@nmd.uscourts.gov> |
| **Sent:** | Wednesday, August 16, 2023 10:06 AM |
| **To:** | abdunn ablairdunn-esq.com |
| **Cc:** | warba.llp.jared@gmail.com; Zach Cook |
| **Subject:** | RE: 1:23-cv-00499-MIS-JMR Springer v. Seventh Judicial District Court et al Notice of Briefing Complete |

Dear Mr. Dunn,

This email (including attachments) has been received and submitted to Judge Strickland for review. Thank you, and have a good day.

**Steven Jones**
Law Clerk to the Honorable Margaret I. Strickland
United States District Court, District of New Mexico
100 North Church Street
Las Cruces, NM 88001
Email: Steven_Jones@nmd.uscourts.gov
Phone: 575-528-1681
Fax: 575-528-1685

---

**From:** abdunn ablairdunn-esq.com <abdunn@ablairdunn-esq.com>
**Sent:** Thursday, August 10, 2023 5:49 PM
**To:** NMDdb_Proposed Text Strickland <Stricklandproposedtext@nmd.uscourts.gov>
**Cc:** warba.llp.jared@gmail.com; Zach Cook <zach@zachcook.com>
**Subject:** 1:23-cv-00499-MIS-JMR Springer v. Seventh Judicial District Court et al Notice of Briefing Complete

==CAUTION - EXTERNAL:==

Good afternoon Judge Strickland,

Please find attached the Notice of Completion of Briefing, of Service and Supplemental Information that was just filed in this matter. For the Court's convenience we have also included the documents referenced in the Notice. We would respectfully request that the Court enter the Order for the Preliminary Injunction request by the Plaintiff in this matter to halt temporarily the infringement upon his rights which the Court considers the full resolution of his claims.

Respectfully,

# EXHIBIT 1





WARBA, LLP

WESTERN AGRICULTURE, RESOURCE AND BUSINESS ADVOCATES, LLP
400 GOLD AVE SW, SUITE 1000
ALBUQUERQUE, NM 87102
T: 505-750-3060
F: 505-226-8500

---

**From:** cmecfbb@nmd.uscourts.gov <cmecfbb@nmd.uscourts.gov>
**Sent:** Thursday, August 10, 2023 4:36 PM
**To:** cmecfto@nmcourt.uscourts.gov
**Subject:** Activity in Case 1:23-cv-00499-MIS-JMR Springer v. Seventh Judicial District Court et al Notice of Briefing Complete

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**United States District Court - District of New Mexico**

## Notice of Electronic Filing

The following transaction was entered by Dunn, A. on 8/10/2023 at 4:36 PM MDT and filed on 8/10/2023

**Case Name:**  Springer v. Seventh Judicial District Court et al
**Case Number:**  1:23-cv-00499-MIS-JMR
**Filer:**  James Springer
**Document Number:** 25

**Docket Text:**
**NOTICE of Briefing Complete by James Springer re [20] MOTION for Entry of Default *from Clerk* filed by James Springer (Attachments: # (1) Exhibit 1, # (2) Exhibit 2 - Springer Declaration) (Dunn, A.)**

**1:23-cv-00499-MIS-JMR Notice has been electronically mailed to:**

A. Blair Dunn     abdunn@ablairdunn-esq.com, warba.llp@gmail.com, warba.llp.jared@gmail.com

Jared Robert Vander Dussen     warba.llp.jared@gmail.com

Zachary J Cook     zach@zachcook.com, julie@zachcook.com

**1:23-cv-00499-MIS-JMR Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1167529506 [Date=8/10/2023] [FileNumber=12679033-0] [368f0877e94caeb77c32040d587402ba0be3383c559ccc44660aa7a2c2967457152b87abfcaaf09dbbc109f4b0c12da742b859c792539db7e2a6e406b9f49a06]]
**Document description:** Exhibit 1
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1167529506 [Date=8/10/2023] [FileNumber=12679033-1] [169d0cf271b8467afc9149a27f400b7ee78f51c7b52a1dd39e1069024d855419bfd851880a16126b11fc2d71c082305f82f3b374a7d99f346bafb6290c01f2b2]]
**Document description:** Exhibit 2 - Springer Declaration
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1167529506 [Date=8/10/2023] [FileNumber=12679033-2] [40e533978e854f6f6314fe6e6d1225a1881d96ffd82727e3da793a3d1fccee67cf52306dcf0e5c5396dbf7a0e7019a318e762917b076efe193cbf364eb9d8587]]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.