IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

      Plaintiff,

v.

                                     Civil Action No. 1:23-cv00499-MIS-JMR

SEVENTH JUDICIAL DISTRICT COURT,
MERCEDES MURPHY,
SHANNON MURDOCK-POFF, JASON JONES,
and SUSAN ROSSIGNOL,

      Defendants.

### AFFIDAVIT OF JAMES SPRINGER

I, James Springer declare:

1. I have reviewed the filings of this case with my attorneys.

2. I have never been obstructive, harassed (within any reasonable definition of that term) or instructed any person to unlawfully interfere with the business of the Seventh Judicial District Court.

3. I have never instructed or used any language that would incite any other person to act unlawfully towards the Seventh Judicial District or any employee thereof.

4. I was unaware of the prohibition on members of the press recording in courtrooms or hearing rooms in New Mexico without first giving notice until after my encounter with Gordon Bennett, which occurred shortly after I moved to New Mexico.

5. After learning of the requirement, the next time I tried to attend a public hearing for the purposes of reporting, I gave proper notice of my intention to attend to record and report to Judge Shannon Murdock-Poff, but after I gave notice she issued an order barring me from attending a public proceeding.

**EXHIBIT 2**

1

6. I was unaware of the mask mandate when I attended a public hearing in front of Gordon Bennett in early 2023. At that point, I was completely unaware of any other venue in the Country that was requiring masking as it had been admitted to be completely ineffective by the CDC. I believe that masking interferes with my right to engage in expressive speech by infringing upon my non-verbal communications expressed by my facial expressions. I did argue with Gordon Bennett about the policy and when he expressed that I would comply with the rule on pain of contempt, I abridged my protest and reporting of the mask policy and left.

7. My YouTube channel used for reporting on the affairs of governments has over 440,000 subscribers which is roughly the same number of subscribers as the three Albuquerque news TV stations combined on their YouTube channels.

8. It appears that despite filing and serving my case in mid-June as a result of the threat of criminal prosecution[1] by the Defendants' in this matter because I could not comply with requirement to have a law enforcement escort whenever I entered a court facility (both the Torrance County Sheriff and the Moriarity Police refused to provide the same because they could not spare the resources for such an unnecessary action), that the Defendants have refused to comply with the requirements of the Court's order and the rules of civil procedure, but rather than hold them to the same standard for those violations that the Court has instead allowed them extra months worth of time, including extensions of time they did not request, and has not required them to explain why they are excused from following court orders or the rules. Instead, it is my understanding that Court is requiring that I must show cause why my case should not be dismissed for lack of prosecution in essence

---

[1] The criminal prosecution has since been dropped by the Special Prosecutor.

explaining why I shouldn't suffer the loss of my constitutional freedoms because the Defendants have failed to follow court order to provide and answer to my complaint as required by the rules as my attorneys have explained them to me.

9. I specifically request that this matter upon these facts be reviewed by a different judge to examine if it may be reasonably questioned that Judge Strickland has prejudice against me or a bias towards the defendants who are also judges or court personnel.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and is executed this 26th day of September 2023.

_____
James Springer

Subscribed and sworn to before me this __27__ day of __September__ 2023.

_____
Jared R. Vander Dussen
Notary Public

My commission expires: __N/A__

STATE OF NEW MEXICO<br>
NOTARIAL OFFICER<br>
JARED R. VANDER DUSSEN, ESQ.<br>
NM BAR # 152758

3