IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JAMES SPRINGER,**

    **Plaintiff,**

v.

                                                                 **Civil Action No. 1:23-cv00499-MIS-JMR**

**SEVENTH JUDICIAL DISTRICT COURT,**
**MERCEDES MURPHY,**
**SHANNON MURDOCK-POFF, JASON JONES,**
**and SUSAN ROSSIGNOL,**

    **Defendants.**

## CERTIFICATE OF GOOD FAITH

I, A. Blair Dunn declare:

1. I am one of the attorneys representing Plaintiff James Springer in this action.

2. I certify that Mr. Springer's Motion to Disqualify Judge Strickland (Doc. 40) is made with the utmost deference and with all benefit of the doubt possible in good faith pursuant to 28 U.S.C. § 144; *United States v. Bray*, 546 F.2d 851, 857 (10th Cir. 1976).

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and is executed this 3rd day of October.

*/s/ A. Blair Dunn, Esq.*
_____
A. Blair Dunn, Esq.

1