# EXHIBIT 1

abdunn ablairdunn-esq.com

| | |
|---|---|
| **From:** | abdunn ablairdunn-esq.com |
| **Sent:** | Friday, September 29, 2023 3:03 PM |
| **To:** | jdelfin@garcialawgroupllc.com; 'Zach Cook'; warba.llp.jared@gmail.com |
| **Cc:** | 'Iveth Larkin'; 'Penelope Romanov'; 'Rodney Gabaldon'; 'Bryan Garcia' |
| **Subject:** | RE: Motion to Set Aside Entry of Default | Springer v. 7th JDC | 1:23-cv-00499-MIS-JMR |

No I didn't say we were opposed I asked when you were planning to file the motion to dismiss.  You may not note we are opposed and I will absolutely produce this correspondence to the Court.  An open ended we will be filing a responsive pleading is not sufficient, especially when you dishonestly allege that a copy of the complaint and summons was not delivered on multiple occasions which it demonstrably was.

Respectfully,





WESTERN AGRICULTURE, RESOURCE
AND BUSINESS ADVOCATES, LLP
400 GOLD AVE SW, SUITE 1000
ALBUQUERQUE, NM 87102
T: 505-750-3060
F: 505-226-8500

**From:** jdelfin@garcialawgroupllc.com <jdelfin@garcialawgroupllc.com>
**Sent:** Friday, September 29, 2023 3:00 PM
**To:** abdunn ablairdunn-esq.com <abdunn@ablairdunn-esq.com>; 'Zach Cook' <zach@zachcook.com>;
warba.llp.jared@gmail.com
**Cc:** 'Iveth Larkin' <ilarkin@garcialawgroupllc.com>; 'Penelope Romanov' <promanov@garcialawgroupllc.com>; 'Rodney
Gabaldon' <rgabaldon@garcialawgroupllc.com>; 'Bryan Garcia' <bgarcia@garcialawgroupllc.com>
**Subject:** RE: Motion to Set Aside Entry of Default | Springer v. 7th JDC | 1:23-cv-00499-MIS-JMR

Good afternoon,

Thank you for adding Mr. Vander Dussen to this correspondence; I did not see him on your email from yesterday.

I just received notice of your appeal and Motion to Disqualify so I will note your opposition to our Motion.

Sincerely,

Jade Delfin
Associate Attorney
GARCIA LAW GROUP, LLC
6739 Academy Road NE, Suite 200
Albuquerque, NM 87109
Email jdelfin@garcialawgroupllc.com
Office 505-843-7075
Direct 505-501-8941
Fax 505-652-1337



Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communication that may be privileged or confidential and are intended solely for the addressed individual or entity. If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately.

**From:** abdunn ablairdunn-esq.com <abdunn@ablairdunn-esq.com>
**Sent:** Friday, September 29, 2023 2:23 PM
**To:** jdelfin@garcialawgroupllc.com; 'Zach Cook' <zach@zachcook.com>; warba.llp.jared@gmail.com
**Cc:** 'Iveth Larkin' <ilarkin@garcialawgroupllc.com>; 'Penelope Romanov' <promanov@garcialawgroupllc.com>; 'Rodney
Gabaldon' <rgabaldon@garcialawgroupllc.com>; 'Bryan Garcia' <bgarcia@garcialawgroupllc.com>
**Subject:** RE: Motion to Set Aside Entry of Default | Springer v. 7th JDC | 1:23-cv-00499-MIS-JMR

Mr. Vander Dussen is also counsel of record, please include him in your correspondence. We will
confer and get back to you after we have chance to talk about it. But it would be more helpful if
we knew when the judicial defendants were planning on following the rules of civil procedure to
file their responsive pleading.

Respectfully,





WESTERN AGRICULTURE, RESOURCE
AND BUSINESS ADVOCATES, LLP
400 GOLD AVE SW, SUITE 1000
ALBUQUERQUE, NM 87102
T: 505-750-3060
F: 505-226-8500

---

**From:** jdelfin@garcialawgroupllc.com <jdelfin@garcialawgroupllc.com>
**Sent:** Friday, September 29, 2023 2:21 PM
**To:** abdunn ablairdunn-esq.com <abdunn@ablairdunn-esq.com>; 'Zach Cook' <zach@zachcook.com>
**Cc:** 'Iveth Larkin' <ilarkin@garcialawgroupllc.com>; 'Penelope Romanov' <promanov@garcialawgroupllc.com>; 'Rodney Gabaldon' <rgabaldon@garcialawgroupllc.com>; 'Bryan Garcia' <bgarcia@garcialawgroupllc.com>
**Subject:** Motion to Set Aside Entry of Default | Springer v. 7th JDC | 1:23-cv-00499-MIS-JMR

Good afternoon Mr. Dunn and Mr. Cook,

Attached please find Defendants' Motion to Set Aside Entry of Default. Please advise of your position as to this Motion.

Sincerely,

Jade Delfin
Associate Attorney
GARCIA LAW GROUP, LLC
6739 Academy Road NE, Suite 200
Albuquerque, NM 87109
Email jdelfin@garcialawgroupllc.com
Office 505-843-7075

Direct 505-501-8941
Fax 505-652-1337



Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communication that may be privileged or confidential and are intended solely for the addressed individual or entity.  If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately.