# EXHIBIT 2

**abdunn ablairdunn-esq.com**

| | |
|---|---|
| **From:** | abdunn ablairdunn-esq.com |
| **Sent:** | Thursday, June 8, 2023 6:51 PM |
| **To:** | socddiv1proposedtxt@nmcourts.gov |
| **Cc:** | warba.llp.jared@gmail.com; Zach Cook; estddiv3proposedtxt@nmcourts.gov |
| **Subject:** | Springer v. Seventh Judicial District Court; Complaint and Request for Injunctive Relief |
| **Attachments:** | Complaint and TRO.pdf; TRO Info Sheet SENT TO COURT.pdf; COMP EX 1.pdf; COMP EX 2.pdf; COMP EX 3.pdf; COMP EX 4.pdf; COMP EX 5.pdf |

Good evening Chief Judge Murphy,

Please find attached to be shared with your counsel and with the other defendant parties a copy of the Complaint with Exhibits that will be filed in morning. Please have your legal counsel contact us as soon as possible so that we may address the requested TRO with them and provide their information to the Court.

Respectfully,





WESTERN AGRICULTURE, RESOURCE
AND BUSINESS ADVOCATES, LLP
400 GOLD AVE SW, SUITE 1000
ALBUQUERQUE, NM 87102
T: 505-750-3060
F: 505-226-8500

1