**abdunn ablairdunn-esq.com**      <u>**EXHIBIT 3**</u>

| | |
|---|---|
| **From:** | abdunn ablairdunn-esq.com |
| **Sent:** | Friday, June 9, 2023 3:20 PM |
| **To:** | socddiv1proposedtxt@nmcourts.gov |
| **Cc:** | warba.llp.jared@gmail.com; Zach Cook; estddiv3proposedtxt@nmcourts.gov |
| **Subject:** | RE: Springer v. Seventh Judicial District Court; Complaint and Request for Injunctive Relief |
| **Attachments:** | MTN TO STAY.pdf |

Good afternoon Judge Murphy,

We just attempted to file the attached Motion thru Odyssey but the system says that the matter is unavailable for filing. Would your chambers please file the attached for us. Thank you.

Respectfully,



WARBA, LLP

WESTERN AGRICULTURE, RESOURCE AND BUSINESS ADVOCATES, LLP
400 GOLD AVE SW, SUITE 1000
ALBUQUERQUE, NM 87102
T: 505-750-3060
F: 505-226-8500

1

**From:** abdunn ablairdunn-esq.com
**Sent:** Thursday, June 8, 2023 6:51 PM
**To:** socddiv1proposedtxt@nmcourts.gov
**Cc:** warba.llp.jared@gmail.com; Zach Cook <zach@zachcook.com>; estddiv3proposedtxt@nmcourts.gov
**Subject:** Springer v. Seventh Judicial District Court; Complaint and Request for Injunctive Relief

Good evening Chief Judge Murphy,

Please find attached to be shared with your counsel and with the other defendant parties a copy of the Complaint with Exhibits that will be filed in morning. Please have your legal counsel contact us as soon as possible so that we may address the requested TRO with them and provide their information to the Court.

Respectfully,





WESTERN AGRICULTURE, RESOURCE
AND BUSINESS ADVOCATES, LLP
400 GOLD AVE SW, SUITE 1000
ALBUQUERQUE, NM 87102
T: 505-750-3060
F: 505-226-8500