# EXHIBIT 5

**abdunn ablairdunn-esq.com**

| | |
|---|---|
| **From:** | abdunn ablairdunn-esq.com |
| **Sent:** | Wednesday, June 21, 2023 8:35 AM |
| **To:** | socddiv1proposedtxt@nmcourts.gov |
| **Cc:** | warba.llp.jared@gmail.com; Zach Cook |
| **Subject:** | RE: Springer v. Seventh Judicial District Court; Complaint and Request for Injunctive Relief |
| **Attachments:** | 1 - COMPLAINT AND TRO.pdf; 2 - ORDER FOR SERVICE AND BRIEFING.pdf |

Please find attached.

Respectfully,

*A. Blair Dunn Esq*



WARBA, LLP
WESTERN AGRICULTURE, RESOURCE
AND BUSINESS ADVOCATES, LLP
400 GOLD AVE SW, SUITE 1000
ALBUQUERQUE, NM 87102
T: 505-750-3060
F: 505-226-8500

---

**From:** abdunn ablairdunn-esq.com
**Sent:** Thursday, June 8, 2023 6:51 PM
**To:** socddiv1proposedtxt@nmcourts.gov

1

**Cc:** warba.llp.jared@gmail.com; Zach Cook <zach@zachcook.com>; estddiv3proposedtxt@nmcourts.gov
**Subject:** Springer v. Seventh Judicial District Court; Complaint and Request for Injunctive Relief

Good evening Chief Judge Murphy,

Please find attached to be shared with your counsel and with the other defendant parties a copy of the Complaint with Exhibits that will be filed in morning. Please have your legal counsel contact us as soon as possible so that we may address the requested TRO with them and provide their information to the Court.

Respectfully,





WESTERN AGRICULTURE, RESOURCE AND BUSINESS ADVOCATES, LLP
400 GOLD AVE SW, SUITE 1000
ALBUQUERQUE, NM 87102
T: 505-750-3060
F: 505-226-8500