IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

        Plaintiff,

v.

                                                               Civil Action No. 1:23-cv00499-MIS-JMR

SEVENTH JUDICIAL DISTRICT COURT,
MERCEDES MURPHY,
SHANNON MURDOCK-POFF, JASON JONES,
and SUSAN ROSSIGNOL,

       Defendants.

**NOTICE OF COMPLETION OF BRIEFING**

COMES NOW, Plaintiff, by and through undersigned counsel of record, and hereby notifies the Court that briefing is complete on Plaintiff's *EXPEDITED* MOTION FOR THE HON. MARGARET STRICKLAND, U.S. DISTRICT JUDGE, TO RECUSE HERSELF FROM ALL PROCEEDINGS GOING FORWARD AND RE-ASSIGN THE CASE TO CONSIDER THIS MOTION PURUSANT TO 28 U.S.C. § 144, ECF Doc. No. 40.

1. Plaintiff's motion was filed September 29, 2023.

2. Defendant's Response, ECF Doc. No. 49, was filed on October 13, 2023

3. Plaintiff's Reply, ECF Doc. 55, was filed October 26, 2023.

                                                           Respectfully submitted,

                                                           WESTERN AGRICULTURE, RESOURCE
                                                           AND BUSINESS ADVOCATES, LLP

                                                           */s/ A. Blair Dunn*
                                                           A. Blair Dunn, Esq.
                                                           Jared R. Vander Dussen, Esq.
                                                           400 Gold Ave SW, Suite 1000
                                                           Albuquerque, NM 87102
                                                           (505) 750-3060
                                                           abdunn@ablairdunn-esq.com
                                                           warba.llp.jared@gmail.com

1

2

        Zach Cook, LLC

        */s/ Zach Cook*
        Zach Cook
        1202 Sudderth # 425
        Ruidoso, NM 88345
        (575) 937-7644
        zach@zachcook.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2023, I filed the foregoing via the CM/ECF causing all parties of record to be served electronically.

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.