IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

       Plaintiff,

v.

                                                  Civil Action No. 1:23-cv00499-MIS-JMR

SEVENTH JUDICIAL DISTRICT COURT,
MERCEDES MURPHY,
SHANNON MURDOCK-POFF, JASON JONES,
and SUSAN ROSSIGNOL,

       Defendants.

NOTICE OF COMPLETION OF BRIEFING

COMES NOW, Plaintiff, by and through undersigned counsel of record, and hereby notifies the Court that briefing is complete on Plaintiff's *MOTION FOR STAY AND INJUNCTION PENDING APPEAL,* ECF Doc. No. 42.

1. Plaintiff's motion was filed September 29, 2023.

2. Defendant's Response, ECF Doc. No. 50, was filed on October 13, 2023

3. Plaintiff's Reply, ECF Doc. 56, was filed October 26, 2023.

                                                  Respectfully submitted,

                                                  WESTERN AGRICULTURE, RESOURCE
                                                  AND BUSINESS ADVOCATES, LLP

                                                  */s/ A. Blair Dunn*
                                                  A. Blair Dunn, Esq.
                                                  Jared R. Vander Dussen, Esq.
                                                  400 Gold Ave SW, Suite 1000
                                                  Albuquerque, NM 87102
                                                  (505) 750-3060
                                                  abdunn@ablairdunn-esq.com
                                                  warba.llp.jared@gmail.com

                                                  Zach Cook, LLC

1

                                                */s/ Zach Cook*
                                                Zach Cook
                                                1202 Sudderth # 425
                                                Ruidoso, NM 88345
                                                (575) 937-7644
                                                zach@zachcook.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2023, I filed the foregoing via the CM/ECF causing all parties of record to be served electronically.

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.