IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

        Plaintiff,

v.

                                    Civil Action No. 1:23-cv00499-MIS-JMR

SEVENTH JUDICIAL DISTRICT COURT,
MERCEDES MURPHY,
SHANNON MURDOCK-POFF, JASON JONES,
and SUSAN ROSSIGNOL,

        Defendants.

**NOTICE OF EXTENSION OF TIME FOR RESPONSE**

COMES NOW, Plaintiff, by and through undersigned counsel and provides the Court with a Notice of Extension of Time for his Response to Defendants' *Motion*, ECF Doc No. 57. Plaintiff has requested, and Defendants are not opposed[1] to an extension of time to respond to the Motion, up to and including December 11, 2023.

                                    Respectfully submitted,

                                    WESTERN AGRICULTURE, RESOURCE
                                    AND BUSINESS ADVOCATES, LLP

                                    */s/ A. Blair Dunn*
                                    A. Blair Dunn, Esq.
                                    Jared R. Vander Dussen, Esq.
                                    400 Gold Ave SW, Suite 1000
                                    Albuquerque, NM 87102
                                    (505) 750-3060
                                    abdunn@ablairdunn-esq.com
                                    warba.llp.jared@gmail.com


                                    Zach Cook, LLC

                                    */s/ Zach Cook*
                                    Zach Cook

---

[1] Defendants' counsel confirmed a 30 day extension was acceptable via email.

1202 Sudderth # 425
Ruidoso, NM 88345
(575) 937-7644
zach@zachcook.com

CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2023, I filed the foregoing via the CM/ECF causing all parties of record to be served electronically.

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.