IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JAMES SPRINGER,**

    **Plaintiff,**

v.

                        Civil Action No. 1:23-cv00499-MIS-JMR

**SEVENTH JUDICIAL DISTRICT COURT,
MERCEDES MURPHY,
SHANNON MURDOCK-POFF, JASON JONES,
and SUSAN ROSSIGNOL,**

    **Defendants.**

### DECLARATION OF JAMES SPRINGER

I, James Springer declare:

1. I am a resident of Torrance County, New Mexico.

2. I am familiar with the contents of the Complaint, the proposed Amended Complaint, the Motion for TRO and Preliminary Injunction and the Second Motion for TRO and PI in this matter and I verify that they are true and correct to the best of my knowledge.

3. Prior to receiving either of the Administrative Orders at issue in the matter, ECF Doc. Nos. 1-1 and 1-3, I was never given any notice that I would be deprived of my rights as a citizen journalist to enter the courthouses in the Seventh Judicial District and to report on the happenings there.

4. After the Administrative Orders were entered indefinitely against me I have been afforded no opportunity to appeal those actions which cut me off from speaking in an informed fashion or reporting on the happenings of the Court in house in a very significant and damaging fashion.

5. On October 30, 2023, I learned that my picture and my information had been posted in the public area of the Torrance County Judicial Complex.

6. On November 1, 2023 I entered the Torrance County Judicial Complex to investigate my concerns regarding the posting of my picture in public, and discovery that my picture was in fact posted along with my name, date of birth and the last four of my social security number, exposing me to a threat of identity theft as pictured below:





7. On November 2, 2023, I learned that one of my posts was being removed by YouTube because it had been flagged as spam, deceptive practices or a scam as noted below:



8. Upon information and belief, the review that prompted action by YouTube to remove the video was initiated by Seventh Judicial District employees identifying as the same and coercing YouTube to take it down by falsely flagging the video I had made on the first of November that was critical of the actions of the Seventh Judicial District Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and is executed this 3rd day of November 2023.

*James Springer*