

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

    Plaintiff,

v.                                                                       No. 1:23-cv-00499-MIS-JMR

SEVENTH JUDICIAL DISTRICT COURT
MERCEDES MURPHY,
SHANNON MURDOCK-POFF,
JASON JONES, and SUSAN ROSSIGNOL,

    Defendants.

## AFFIDAVIT OF CHIEF JUDGE MERCEDES MURPHY

**STATE OF NEW MEXICO**  )
                                      )
**COUNTY OF TORRENCE**  )

    I, Mercedes Murphy, upon being duly sworn, state as follows:

    1.    I am over the age of majority and am fully competent to testify to the matters contained in this affidavit based upon my personal knowledge and information obtained in my position as the Chief Judge for the Seventh Judicial District Court of the State of New Mexico.

    2.    I have been the Chief Judge for the Seventh Judicial District Court, which includes Sierra, Socorro, Catron, and Torrance Counties, New Mexico, since March 6, 2021.

    3.    My duties and responsibilities as chief judge under Rule 23-109 NMRA include:

        (1) administer established policy concerning the court's internal operations;

        (5) exercise responsibility as the administrative authority in accordance with the provisions of law and the New Mexico Judicial Branch Personnel Rules and ensure the enforcement of those rules;

(6) exercise general supervision, coordination, and direction of business of the court;

(7) supervise performance of the court's administrative office;

(9) coordinate the use of space, equipment, and facilities of the court;

(17) implement and monitor compliance with all policies, rules, and regulations issued by the Supreme Court;

(18) perform such other administrative and substantive functions as are necessary for the efficient operations of the court on a day-to-day basis.

4. During the Covid 19 pandemic, the Seventh Judicial District courthouses had posted signs required facemasks in the courtrooms. A copy of the mask requirement sign is attached as Exhibit A to the Affidavit of Jason Jones and is incorporated herein by reference.

5. The Seventh Judicial District courthouses has also posted signs notifying visitors that recording devices, including cell phones, are not permitted beyond the metal detectors near the entryway. A copy of the prohibited items sign is attached hereto as Exhibit B to the Affidavit of Jason Jones and is incorporated herein by reference.

6. On January 27, 2023, Mr. Springer entered a courtroom at the Torrance County Courthouse to observe a domestic violence hearing before Hearing Officer Gordon Bennett in cause number D722-DV-2023-00005. One of the parties was a minor child. Mr. Springer brought a cellphone into the courtroom, which is against court rules, and secretly recorded his visit. Mr. Springer was also not wearing a face mask, which was required by state mandate at the time. When Hearing Officer Bennett asked Mr. Springer to put on a mask, he refused. Hearing Officer Bennett went off the record to call for law enforcement assistance. Mr. Springer refused to identify himself to Hearing Officer Bennett, refused to put on a mask, refused to acknowledge he illicitly snuck a

phone into the courtroom, and argued with Hearing Officer Bennett over rules of the courtroom. This exchange occurred while a hearing was scheduled to take place and the parties were already seated at the table. A video of this exchange is attached as Exhibit A to Defendants' Response to Request for Injunction, and is incorporated herein by reference. The video is also publicly available on Mr. Springer's YouTube channel at https://www.youtube.com/watch?v=KZ-EhXuOZNM.

7. On February 28, 2023, I entered an Administrative Order stating that Mr. Springer was an obstinate visitor and banned from the Torrance County District Court unless appearing for a hearing or having specific Court business. If Mr. Springer was appearing for a hearing or had specific Court business, he must be escorted by the Torrance County Sheriff's Office while in the building. A copy of the Administrative Order is attached to Plaintiff's Complaint as Exhibit 1 and is incorporated herein by reference.

8. On March 1, 2023, the Executive Court Officer, Jason Jones, sent Mr. Springer a letter notifying him that court staff were being harassed on his behalf and provided him a copy of the Administrative Order. Examples of this conduct include disrupting a domestic violence proceeding, refusing to follow New Mexico Supreme Court rules and mandates, using rude and insulant language when addressing court personnel, and encouraging his followers to flood the court with disruptive calls. A copy of this letter is attached to Plaintiff's Complaint as Exhibit 2 and is incorporated herein by reference.

9. On March 22, 2023, Mr. Springer entered the Moriarty Magistrate Court for non-court business and only to harass Judge Craig Davis about a woman who was found in contempt of court for refusing to put on a mask in the courtroom as required by the mask mandate in place at the time. Court staff and personnel reported he was being disruptive and threatening in the courthouse. Examples of this conduct include entering the courthouse and refusing to sign in or

identify himself when asked to do so by staff; demanding that Judge Davis, "get his bitch ass out here"; being boisterous and using multiple expletives while addressing court staff. Mr. Springer has removed the video of this incident from his YouTube channel, but the video was preserved by the defense and is available for view by the Court ["Coward Sheriff David Frazee Shows His True Colors"].

10. On March 23, 2023, I amended the Administrative Order to add the courthouses in Catron County, Socorro County, and Sierra County. A copy of the Amended Administrative Order is attached to Plaintiff's Complaint as Exhibit 3 and is incorporated herein by reference. That same day, Mr. Jones sent Mr. Springer a letter notifying him that he had entered the Moriarty Magistrate Court for non-court business and that he was being disruptive and threatening in the courthouse. A copy of this letter is attached to Plaintiff's Complaint as Exhibit 4 and is incorporated herein by reference.

11. On April 24, 2023, Mr. Springer submitted an Inspection of Public Records Act request to PRR@moriatrynm.gov. He called Caption Mark Satterfield, Judge Craig Davis, and me derogatory names and provided the request as an example for the public to use. I was harassed by this letter. A copy of the request is attached hereto as Exhibit A. His sample request is publicly available on Mr. Springer's YouTube channel at https://www.youtube.com/@JamesFreeman1/community.

12. On May 18, 2023, Mr. Springer attempted to attend a public hearing over which I was presiding in cause number D-722-LR-2023-00003. He did not identify himself by name when he logged into the video conferencing platform. Instead, Mr. Springer used the handle "HomeIsWhereYouParkIt" or a similar username. I recognized Mr. Springer's voice when he spoke and he refused to identify himself when asked to do so by me. I removed him from the

hearing due to his previous disruptive and harassing behavior, including recording court proceedings in violation of Rule 23-107 NMRA and then reposting edited versions on his YouTube channel.

13. On May 23, 2023, Mr. Springer sent an email to Judge Shannon Murdock-Poff that he intended to attend a hearing set for May 24, 2023, in a domestic violence matter, Cause No. D-722-DV-2019-00050. On May 24, 2023, Judge Murdock-Poff entered an Order Excluding Presence citing that Mr. Springer was still banned from the Torrance County Courthouse and specifically banning him from the hearing.

14. On May 25, 2023, Mr. Springer visited the Torrance County courthouse. The Court Clerk, Susan Rossignol, asked Mr. Springer where his law enforcement escort was, pursuant to the Administrative Order. Mr. Springer responded that prostitution is illegal in New Mexico and accused Ms. Rossignol of trying to solicit him. He threatened to report Ms. Rossignol to the Sheriff for soliciting him. Ms. Rossignol explained again that he is required to have a law enforcement escort per the Court's Order. Mr. Springer asked Ms. Rossignol how long she had been in the escort business. Ms. Rossignol was harassed and threatened by Mr. Springer's conduct. This exchange is referenced in the Declaration of James Springer, which is attached as Exhibit 2 to Plaintiff's Notice of Completion of Briefing and is incorporated herein by reference. The video is also publicly available on Mr. Springer's YouTube channel at https://www.youtube.com/watch?v=d-lFYUWxXoA.

15. The Seventh Judicial District Court has gone on lockdown for security reasons on May 30, 2023, May 31, 2023, June 15, 2023, and June 16, 2023. The lockdowns limited in person interaction with the public but were necessary to ensure the safety of court personnel.

16. On June 8, 2023, Mr. Springer visited the Torrance County courthouse to follow up on an Inspection of Public Records Act request. He asked Ms. Rossignol about the lockdown and she explained that it was due to security concerns related to him. Mr. Springer said "I know you guys are pretty ridiculous" and made light of the lockdown. Ms. Rossignol was harassed by his badgering. Law enforcement officer escorted Mr. Springer outside the courthouse, where he began filming the parking lot where court staff parked their vehicles. Ms. Rossignol explained to the officers that she did not feel safe when Mr. Springer is around. This incident was particularly concerning because in the past, Mr. Springer's followers have publicly posted where court employees were seen in and around the Torrance County area, indicating that the employees were being followed and/or stalked by Mr. Springer's followers. This exchange is publicly available on Mr. Springer's YouTube channel at https://www.youtube.com/watch?v=tMWaBnGKyYA.

17. On October 31, 2023, Mr. Springer appeared at the Torrance County Courthouse to speak to Sheriff David Frazee. The entrance of the Torrance County Sheriff's Office is through the courthouse. Mr. Springer's associate, Mayor Nathan Dial, was carrying a firearm and refused to secure the firearm in his vehicle as requested by the court's security bailiff. Mayor Dial and Mr. Springer remained in the courthouse until New Mexico State Police arrived. During that time, the Court took action to provide safety for the staff and the public in the building for court. Court personnel sought safety in a secure area, and the courtroom was locked for the safety of the litigants and attorneys present for a hearing. After speaking with Captain Nick Carlson, I advised him that Mayor Dial needed to be removed from the building because weapons are not allowed in the courthouse, except for law enforcement. At that time, Mr. Springer remained in the building and was escorted by law enforcement, but continued to film while at the Torrance County District Court.

18. The Seventh Judicial District Court has received threatening calls and from Mr. Springer's followers as a result of his videos. A copy of the threatening voicemails and emails are attached hereto as Exhibits C to the Affidavit of Jason Jones and are incorporated herein by reference. A copy of the threatening emails are attached collectively as Exhibit D to the Affidavit of Jason Jones and are incorporated herein by reference. One caller told court staff to watch out for red dots and piano wire. I fear for the safety of court staff and the public who may be in the courthouse. I also have been harassed because of these threatening calls and emails. Other court staff and personnel have reported being scared and harassed because of the threatening calls and emails, including several staff members who have requested permission to work from home because the threats have caused them such anxiety.

19. It is my duty to ensure the safety of the court staff and personnel, as well as the safety of the litigants, attorneys, and visitors who come to the Seventh Judicial District Courthouses. Mr. Springer's conduct has disrupted hearings, and the court staff feel harassed and unsafe. The disruptions and harassment has interfered with court business.

20. Because Mr. Springer refuses to follow court rules, banning him is necessary to control the conduct of the proceedings before the court, ensure decorum and prevent distractions, and ensure fair administration of justice at the Seventh Judicial District Court.

21. I was not personally served a copy of the Complaint and Summons in this matter on June 9, 2023.

22. I did not receive a copy of the Complaint and Summons from a process server on June 9, 2023.

23. While the Administrative Order limits Mr. Springer's physical presence at the courthouses throughout the Seventh Judicial District, he continues to have access electronically.

Information to contact the court electronically is on the website. Furthermore, Mr. Springer has demonstrated that he is able to use these alternative methods to contact the Court, specifically through the above referenced IPRA requests and his posting of the information on his YouTube channel.

24. I have not reported Mr. Springer's videos to YouTube for violating its policies, nor have I directed anyone else at the Seventh Judicial District Court to do so on my behalf.

FURTHER, AFFIANT SAYETH NAUGHT

_____
MERCEDES MURPHY

SUBSCRIBED and sworn to before me this 21 day of November, 2023.

ROBIN ROMERO
Notary Public
State of New Mexico
Comm. # 2000413
My Comm. Exp. Jul 25, 2027

_____
Notary Public

My commission expires:
July 25th, 2027