

[James Freeman - YouTube](https://www.youtube.com/@JamesFreeman1/community)
Available at https://www.youtube.com/@JamesFreeman1/community (last visited October 21, 2023).