**EXHIBIT E**

STATE OF NEW MEXICO
COUNTY OF TORRANCE
SEVENTH JUDICIAL DISTRICT COURT
FILED
Susan Rossignol
JUN 0 7 2023
Time: 1:01 pm
_____ Deputy

STATE OF NEW MEXICO
COUNTY OF TORRANCE
SEVENTH JUDICIAL DISTRICT COURT

JAMES ALAN SPRINGER

No: D-722-MS-2023-00001

## NOTICE OF ORDER TO SHOW CAUSE HEARING

NOTICE IS HEREBY GIVEN that a hearing in this case has been set before the Honorable Mercedes C. Murphy, as follows:

Date of Hearing:       Friday, 16th day of June, 2023 at 10:00 AM
Place of Hearing:      903 North 5th St
                       Estancia, NM 87016
Matter to be Heard:    IN PERSON HEARING

COMMENTS:
If this hearing requires more or less time than the court has designated, or if this hearing conflicts with any prior setting, please contact us immediately as continuances will not be granted on late notice. The District Court complies with the Americans with Disabilities Act. Counsel or PRO SE persons must notify the Clerk of the Court of the nature of the disability at least five (5) days before ANY hearing so appropriate accommodations may be made. The same requirement applies if an interpreter will be needed.

SUSAN ROSSIGNOL
CLERK OF THE DISTRICT COURT
By: _____
LIDIA RODRIGUEZ, TCAA

### CERTIFICATE OF MAILING / DELIVERY / FAX

I CERTIFY that a copy of the foregoing was mailed / delivered / faxed 6/7/2023 to:

File Copy