IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

    Plaintiff,

v.                                                  No. 1:23-cv-00499-MIS-JMR

SEVENTH JUDICIAL DISTRICT COURT
MERCEDES MURPHY,
SHANNON MURDOCK-POFF,
JASON JONES, and SUSAN ROSSIGNOL,

    Defendants.

## NOTICE OF LODGING OF MEDIA EXHIBITS

COMES NOW Defendants Seventh Judicial District Court, Mercedes Murphy, Shannon-Murdock-Poff, Jason Jones, and Suan Rossignol (collectively hereinafter "Defendants"), by and through their counsel of record, Garcia Law Group, LLC (Bryan C. Garcia, Rodney L. Gabaldon, and Jade Delfin), and hereby give notice that CD-ROMs will be lodged with the Court, containing the following media exhibits to Defendant's Response to Plaintiff's Second Motion for Temporary Restraining Order and Preliminary Injunction:

**Exhibit B:** This file contains voicemails and recorded calls the Seventh Judicial District received as a result of Plaintiff, which can be accessed and by clicking the video icons.

**Exhibit D**: This file contains the video published by Plaintiff James Springer on his YouTube channel James Freeman, "Coward Sheriff David Frazee Shows His True Colors When There's No Cameras" YouTube (March 22,2023), which can be accessed by clicking the video icon. The video was previously available to the public at

https://www.youtube.com/watch?v=i4yic8XIB3k but is no longer accessible without a sign in verification. Defendants preserved the video on or around the time it was posted.

**Exhibit F**: This file contains the video published by Plaintiff James Springer on his YouTube channel James Freeman, "District 7 Court Is Out Of Control Still And Sheriff's 'Open Door Policy' = Locked Door" YouTube (October 31, 2023), which can be accessed at: https://www.youtube.com/watch?v=krTXlwzlKbw and by clicking the video icon.

**Exhibit G**: This file contains the video published by Plaintiff James Springer on his YouTube channel James Freeman, "Fred checking on status of court proceedings" YouTube (November 13, 2023), which can be accessed at: https://www.youtube.com/watch?v=UYO2LYmcuBI and by clicking the video icon.

**Exhibit H**: This file contains the video published by Plaintiff James Springer on his YouTube channel James Freeman, "Government Creates Problems So They Have Problems to solve" YouTube (November 13, 2023), which can be accessed at: https://www.youtube.com/watch?v=psdf9iEqXyI, and by clicking the video icon.

Respectfully submitted,

**GARCIA LAW GROUP, LLC**

*/s/ Jade Delfin*
Bryan C. Garcia
Rodney L. Gabaldon
Jade Delfin
*Attorneys for Defendants*
6739 Academy Road NE, Suite 200
Albuquerque, NM 87109
(505) 629-1576 / (505) 652-1337 (fax)
bgarcia@garcialawgroupllc.com
rgabaldon@garcialawgroupllc.com
jdelfin@garcialawgroupllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CMECF on this the 22nd day of November, 2023, which caused service to all counsel of record.

/s/ Jade Delfin
Jade Delfin