

| | **State of New Mexico** | |
|---|---|---|
| JASON E. JONES | **SEVENTH JUDICIAL DISTRICT COURT** | P.O. DRAWER 1129 |
| COURT EXECUTIVE OFFICER | CATRON, SIERRA, SOCORRO, AND TORRANCE COUNTIES | SOCORRO, NEW MEXICO 87801 |
| | | PHONE: (575) 835-0050 EXT. 20 |
| | | FAX: (575) 835-2033 |

March 23, 2023

Mr. James Alan Springer
P.O. Box 242
Torreon, NM 87016

Dear Mr. Springer:

As the CEO of the Seventh Judicial District Court, it has been brought to my attention that you have now entered the Moriarty Magistrate Court for non-court business and was being disruptive and threatening in the courthouse. The Court has amended the Administrative Order of March 1, 2023, that if you are required to be in court or have official court business in the Seventh Judicial District Court, you will check in with the County Sheriff's Office to be escorted and accompanied pursuant to the Administrative Order in all of the Magistrate and District Courthouses.

Sincerely,

Jason Jones
Court Executive Officer

# **EXHIBIT 4**