IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

    Plaintiff,

v.

                                                Civil Action No. 1:23-cv00499-MIS-JMR

SEVENTH JUDICIAL DISTRICT COURT,
MERCEDES MURPHY,
SHANNON MURDOCK-POFF, JASON JONES,
and SUSAN ROSSIGNOL,

    Defendants.

## DECLARATION OF JAMES SPRINGER

I, James Springer declare:

1. I am a resident of Torrance County, New Mexico.

2. I do not employ Nathan Dial or any other person appearing in my videos, I have no authority to direct their actions, and anything they did, complained of by Defendants, was done of their own free will.

3. I have never deleted anything after receiving a copy of the Hold Letter from my counsel.

4. I have never taken a gun to Court, in the video referenced by Defendants I was in the presence of a State Police officer who witnessed that I took everything out of my pockets and went through the metal detector which the court security witnessed did not go off and that no gun was in the screening bin.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and is executed this 29th day of November 2023.

*/s/ James Springer*

1

# EXHIBIT 1