IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　No. 1:23-cv-00499-MIS-JMR

SEVENTH JUDICIAL DISTRICT COURT
MERCEDES MURPHY,
SHANNON MURDOCK-POFF,
JASON JONES, and SUSAN ROSSIGNOL,

    Defendants.

## AFFIDAVIT OF JASON JONES

**STATE OF NEW MEXICO** )
                               )
**COUNTY OF TORRANCE** )

    I, Jason Jones, upon being duly sworn, state as follows:

    1.    I am over the age of majority and am fully competent to testify to the matters contained in this affidavit based upon my personal knowledge and information obtained in my position as the Executive Court Officer for the Seventh Judicial District Court in Socorro County, New Mexico.

    2.    I have been the Court Executive Officer for the Seventh Judicial District Court in Socorro County, New Mexico since July 2006.

    3.    During the Covid 19 pandemic, the Seventh Judicial District courthouses had posted signs required facemasks in the courtrooms. A copy of the mask requirement sign is attached hereto as Exhibit A.



4. The Seventh Judicial District courthouses has also posted signs notifying visitors that recording devices, including cell phones, are not permitted beyond the metal detectors near the entryway. A copy of the prohibited items sign is attached hereto as Exhibit B.

5. On February 28, 2023, Chief Judge Mercedes Murphy entered an Administrative Order. The Order stated that Mr. Springer was an obstinate visitor, banned from the Torrance County District Court unless appearing for a hearing or having specific Court business, and must be escorted by the Torrance County Sheriff's Office while in the building. A copy of the Administrative Order is attached to Plaintiff's Complaint as Exhibit 1 and is incorporated herein by reference.

6. On March 1, 2023, I sent Mr. Springer a letter notifying him that court staff were being harassed on his behalf and provided him a copy of the Administrative Order. Examples of this conduct include harassing phone calls and voicemails. A copy of this letter is attached to Plaintiff's Complaint as Exhibit 2 and is incorporated herein by reference.

7. On March 23, 2023, the Amended Administrative Order added the courthouses in Catron County, Soccoro County, and Sierra County. A copy of the Amended Administrative Order is attached to Plaintiff's Complaint as Exhibit 3 and is incorporated herein by reference.

8. On March 23, 2023, I sent Mr. Springer a letter notifying him that he has entered the Moriarty Magistrate Court for non-court business and that he was being disruptive and threatening in the courthouse. Examples of this conduct include asking court staff to bring the "Judge out here so he could confront him using profanity. A copy of this letter is attached to Plaintiff's Complaint as Exhibit 4 and is incorporated herein by reference.

9. On April 24, 2023, Mr. Springer submitted an Inspection of Public Records Act request to PRR@moriatrynm.gov. He called Captain Mark Satterfield, Judge Craig Davis, and me

derogatory names and provided the request as an example for the public to use. I was harassed by this letter. A copy of the request is attached as Exhibit A to the Affidavit of Chief Judge Mercedes Murphy and is incorporated herein by reference. His sample request is publicly available on Mr. Springer's YouTube channel at https://www.youtube.com/@JamesFreeman1/community.

10. Mr. Springer has submitted several Inspection of Public Records Act requests. Even when I respond to the requests, Mr. Springer calls and emails me, and accuses me in a harassing manner that his requests have been unanswered.

11. The Seventh Judicial District Court has gone on lockdown for security reasons on May 30, 2023, May 31, 2023, June 15, 2023, June 16, 2023.A The lockdowns limited in person interaction with the public but were necessary to ensure the safety of court personnel.

12. Because of the Administrative Orders limiting Mr. Springer's access to the Seventh Judicial District Courthouses, his name and picture are posted at the security screen area to ensure that he complies with the Administrative Orders and has a law enforcement escort while in the building.

13. On October 31, 2023, Mr. Springer appeared at the Torrance County Courthouse to speak to Sheriff David Frazee. The entrance to the Torrance County Sheriff's Office is through the courthouse. Mr. Springer's associate, Mayor Nathan Dial, accompanied Mr. Springer and was carrying a firearm. New Mexico State Police were notified that there was a firearm at the Torrance County Courthouse. Mr. Springer and Mr. Dial remained at the Courthouse until State Police arrived. Mr. Springer's appearance with an armed associate at the courthouse disrupted court business. Court personnel sought safety from the gunman while a courtroom was locked for the safety of litigants and attorneys present for a hearing. When State Police arrived at the Courthouse, they confirmed that the area was secure and safe.

14. The Seventh Judicial District Court has received threatening calls and from Mr. Springer's followers as a result of his videos. A copy of the threatening voicemails are attached hereto collectively as Exhibit C. A copy of the threatening emails are attached hereto collectively as Exhibit D. One caller told court staff to watch out for red dots and piano wire. Other court staff and personnel have similarly reported being scared and harassed because of the threatening calls and emails.

15. I was not personally served a copy of the Complaint and Summons in this matter on June 9, 2023.

16. I did not receive a copy of the Complaint and Summons from a process server on June 9, 2023.

17. I have not reported Mr. Springer's videos to YouTube for violating its policies, nor I have directed anyone at the Seventh Judicial District Court to do so on my behalf.

FURTHER, AFFIANT SAYETH NAUGHT



ROBIN ROMERO
Notary Public
State of New Mexico
Comm. # 2000413
My Comm. Exp. Jul 25, 2027

_____
JASON JONES

SUBSCRIBED and sworn to before me this 21 day of October, 2023.

_____
Notary Public

My commission expires:
07/25/2027