

**EXHIBIT A-A**