

# ATTENTION

## NO WEAPONS BEYOND THIS POINT
Includes: firearms, knives/utility tools of any size, razor blades, or sharp objects

## NO RECORDING DEVICES OF ANY KIND
Includes: cell phones, laptop computers, tablet computers

## NO LARGE BACKPACKS / PURSES

## NO DRUGS, ALCOHOL, SMOKING, OR VAPING
Includes: recreational marijuana

### ALL PERSONS ENTERING THIS COURTHOUSE ARE SUBJECT TO SEARCH

### COURT EMPLOYEES WILL NOT HOLD ANY PROHIBITED ITEMS
Subject to exception per Presiding Judge

**EXHIBIT A-B**