

**New Mexico Courts**

Lidia Rodriguez <socdlir@nmcourts.gov>

## Attn:!! Judge Murphy
1 message

**'G Robert Robinson' via socddiv1proposedtxt@nmcourts.gov** <socddiv1proposedtxt-grp@nmcourts.gov>
Reply-To: G Robert Robinson <dcjband@yahoo.com>
To: "socddiv1proposedtxt@nmcourts.gov" <socddiv1proposedtxt@nmcourts.gov>

Wed, Aug 30, 2023 at 9:05 PM

Tyrant, freedom hater, fascist unconstitutional scum bag !! Trying to interfere with the free press in America. What a dirt bag!!

Please resign in shame you Anti-American unconstitutional piece of dog excrement !!! Too Fucking bad you are so dumb you defaulted
on the law suit. You went to law school?? I would demand a full tuition refund because they didn't teach you jack shit!! You are a
complete shit stain on the jurisprudence system. Demanding a journalist work product and sources. You can't be that fucking stupid???
I guess you are. Enjoy the consequences of your obtuse moronic illegal actions. Don't cry when you lose your license to practice
law and hopefully you will end up in federal prison just like those fuckers are going to be going in Antioch & Pittsburg California.
The F.B.I. just arrested a bunch of those tyrant goon clowns. What you did was worst than them because you should know better as
a so called judge. You keep defecating on the Constitution and we will be there to catch you in the act. "WE THE PEOPLE" are the real
government and we don't appreciate your abuse of people's rights so, we will act under the rule of law guided by the supreme law of the land ( THE CONSTITUTION) and prove in federal court that you deserve everything you will get. Why do you hate freedom so much?
All this because a well established journalist wants to hold all you corrupt scum accountable. You must have plenty to hide since you are
spending so much effort to hide shit!! We will get to the bottom of this and you will be fully exposed. Too many people have seen your
bullshit and disdain for the free press in America. You kicked the wrong hornets nest. You are up against more people than you can imagine and we have real resources to stop your corruption and Constitutional violations. Good luck. I think this time you bit off more than
you can chew. Those morons in Antioch & Pittsburg Ca. laughed at us when the criminal allegations were exposed. They are not
laughing now since the F.B.I. came and arrested them. They shit their pants. I suggest if you have at least one brain cell left you cut
your losses before you really fuck yourself.

DE OPPRESSO LIBER !!  YOU ARE FUCKING WITH A JOURNALIST WITH 120 MILLION VIEWS AND SOON A GROUP OF LIKE MINDED JOURANLIST WITH OVER A BILLION VIEWS TOTAL. THE SHIT STORM IS COMING VERY SOON !!! DON'T PRESS YOUR LUCK!!!

**EXHIBIT A-D**



**New Mexico Courts**

Lidia Rodriguez <socdlir@nmcourts.gov>

## James Freeman verbal attack Judge Murphy
1 message

**David Suminski** <dsuminski95@gmail.com>  Wed, Aug 30, 2023 at 7:39 PM
To: socddiv1proposedtxt@nmcourts.gov

Hello,

Just a heads up as James Freeman has called for call flooding and who knows what else on the Socorro County Courts.

His latest YouTube Video which ill post below is rife with lies and defamation!

Please view this latest attempt to disrupt Court proceedings and anger his followers of 1/2 MILLION People into who knows what with these home grown ANARCHISTS!

I honestly believe these anarchists are a dangerous breed. One day 1 or more of these lunatics are going to cross the line and bad things could happen. These people are of the same mentality that Insurrectionists have.

https://www.youtube.com/live/Jn1lb58AFdA?si=846GHk_gWuzZeDjD

Thank you


David Suminski
292-Goodview-Dr
Hendersonville NC 28792
814-504-2543

**New Mexico Courts**

Lidia Rodriguez <socdlir@nmcourts.gov>

## Lunch?
1 message

**Zukowski Chet** <chetzukowski@gmail.com>  Sat, Sep 2, 2023 at 11:18 AM
To: socddiv1proposedtxt@nmcourts.gov

So you would dismiss malicious charges if the defendant agrees to not exercise their rights? Who the fuck do you think you are? You may have unfettered authority when it comes to the pizzas you shovel into your mouth daily, but your authority is limited when it comes to citizens. You'll be better off when you learn that you fat cunt. I'm hoping you can be the first cow in history to change its spots, but I fear you're too far drunk on your own power, and you will remain the same trash human being for the remainder of your life. Worthless fuck.



**New Mexico Courts**

Lidia Rodriguez <socdlir@nmcourts.gov>

## James Freeman verbal attack Judge Murphy

1 message

**David Suminski** <dsuminski95@gmail.com>  
To: socddiv1proposedtxt@nmcourts.gov

Wed, Aug 30, 2023 at 7:39 PM

Hello,

Just a heads up as James Freeman has called for call flooding and who knows what else on the Socorro County Courts.

His latest YouTube Video which ill post below is rife with lies and defamation!

Please view this latest attempt to disrupt Court proceedings and anger his followers of 1/2 MILLION People into who knows what with these home grown ANARCHISTS!

I honestly believe these anarchists are a dangerous breed. One day 1 or more of these lunatics are going to cross the line and bad things could happen. These people are of the same mentality that Insurrectionists have.

https://www.youtube.com/live/Jn1lb58AFdA?si=846GHk_gWuzZeDjD

Thank you

David Suminski  
292-Goodview-Dr  
Hendersonville NC 28792  
814-504-2543



**New Mexico Courts**

Lidia Rodriguez <socdlir@nmcourts.gov>

## Attn:!! Judge Murphy
1 message

**'G Robert Robinson' via socddiv1proposedtxt@nmcourts.gov** <socddiv1proposedtxt-grp@nmcourts.gov>
Reply-To: G Robert Robinson <dcjband@yahoo.com>
To: "socddiv1proposedtxt@nmcourts.gov" <socddiv1proposedtxt@nmcourts.gov>

Wed, Aug 30, 2023 at 9:05 PM

Tyrant, freedom hater, fascist unconstitutional scum bag !! Trying to interfere with the free press in America. What a dirt bag!!

Please resign in shame you Anti-American unconstitutional piece of dog excrement !!! Too Fucking bad you are so dumb you defaulted
on the law suit. You went to law school?? I would demand a full tuition refund because they didn't teach you jack shit!! You are a
complete shit stain on the jurisprudence system. Demanding a journalist work product and sources. You can't be that fucking stupid???
I guess you are. Enjoy the consequences of your obtuse moronic illegal actions. Don't cry when you lose your license to practice
law and hopefully you will end up in federal prison just like those fuckers are going to be going in Antioch & Pittsburg California.
The F.B.I. just arrested a bunch of those tyrant goon clowns. What you did was worst than them because you should know better as
a so called judge. You keep defecating on the Constitution and we will be there to catch you in the act. "WE THE PEOPLE" are the real
government and we don't appreciate your abuse of people's rights so, we will act under the rule of law guided by the supreme law of the land ( THE CONSTITUTION) and prove in federal court that you deserve everything you will get. Why do you hate freedom so much?
All this because a well established journalist wants to hold all you corrupt scum accountable. You must have plenty to hide since you are
spending so much effort to hide shit!! We will get to the bottom of this and you will be fully exposed. Too many people have seen your
bullshit and disdain for the free press in America. You kicked the wrong hornets nest. You are up against more people than you can imagine and we have real resources to stop your corruption and Constitutional violations. Good luck. I think this time you bit off more than
you can chew. Those morons in Antioch & Pittsburg Ca. laughed at us when the criminal allegations were exposed. They are not
laughing now since the F.B.I. came and arrested them. They shit their pants. I suggest if you have at least one brain cell left you cut
your losses before you really fuck yourself.

 DE OPPRESSO LIBER !!   YOU ARE FUCKING WITH A JOURNALIST WITH 120 MILLION VIEWS AND SOON A GROUP OF LIKE MINDED JOURANLIST WITH OVER A BILLION VIEWS TOTAL. THE SHIT STORM IS COMING VERY SOON !!!  DON'T PRESS YOUR LUCK!!!

8/31/23, 11:27 AM
Case 1:23-cv-00499-MIS-JMR   Document 77-4   Filed 12/11/23   Page 8 of 9
New Mexico State Judiciary Mail - (no subject)



New Mexico
Courts

Lidia Rodriguez <socdlir@nmcourts.gov>

## (no subject)
1 message

**jmcmenamin@comcast.net** <jmcmenamin@comcast.net>　　　　　　　　　　　　Thu, Aug 31, 2023 at 10:36 AM
To: socddiv1proposedtxt@nmcourts.gov

You are a terrible judge and corrupt the people will have their day with you.



**New Mexico Courts**

Lidia Rodriguez <socdlir@nmcourts.gov>

---

## (no subject)
1 message

**Dave Fields** <Davef5150@outlook.com>  Thu, Aug 31, 2023 at 9:46 AM
To: "socddiv1proposedtxt@nmcourts.gov" <socddiv1proposedtxt@nmcourts.gov>

James Freeman is going to take your crooked ass down a d expose the corrupt judicial system. We are on to you b!+ch

Get Outlook for Android