## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

      Plaintiff,

v.                                                                                                No. 1:23-cv-00499-MIS-JMR

SEVENTH JUDICIAL DISTRICT COURT
MERCEDES MURPHY,
SHANNON MURDOCK-POFF,
JASON JONES, and SUSAN ROSSIGNOL,

      Defendants.

## AFFIDAVIT OF SHANNON MURDOCK-POFF

STATE OF NEW MEXICO  )
                    )
COUNTY OF TORRANCE  )

I, Shannon Murdock-Poff, upon being duly sworn, state as follows:

1.    I am over the age of majority and am fully competent to testify to the matters contained in this affidavit based upon my personal knowledge and information obtained in my position as a Judge for the Seventh Judicial District Court of the State of New Mexico.

2.    I have been a judge for the Seventh Judicial District Court in Torrance County, New Mexico since July 2017.

3.    On February 28, 2023, Chief Judge Mercedes Murphy entered an Administrative Order stating that Mr. Springer was an obstinate visitor and banned from the Torrance County District Court unless appearing for a hearing or having specific Court business. If Mr. Springer was appearing for a hearing or had specific Court business, he must be escorted by the Torrance



EXHIBIT B

*Page 1 of 3*

County Sheriff's Office while in the building. A copy of the Administrative Order is attached to Plaintiff's Complaint as Exhibit 1 and is incorporated herein by reference.

4. On March 23, 2023, the Administrative Order was amended to add the courthouses in Catron County, Socorro County, and Sierra County. A copy of the Amended Administrative Order is attached to Plaintiff's Complaint as Exhibit 3 and is incorporated herein by reference.

5. On May 23, 2023, Mr. Springer sent an email to me at the division proposed text email, stating that he intended to attend a hearing set for May 24, 2023, in a domestic violence matter, Cause No. D-722-DV-2019-00050. On May 24, 2023, I was asked by Hearing Officer CampBell and Chief Judge Murphy to enter an Order Excluding Presence citing that Mr. Springer was still banned from the Torrance County Courthouse and specifically banning him from the hearing.

6. Because Mr. Springer has refused to follow court rules, banning him was necessary to control the conduct of the proceedings before the court, ensure decorum and prevent distractions, and ensure fair administration of justice at the Seventh Judicial District Court.

7. I am harassed and scared when Mr. Springer refers to me as Murdering Murdock.

8. I was not personally served a copy of the Complaint and Summons in this matter on June 9, 2023.

9. I did not receive a copy of the Complaint and Summons from a process server on June 9, 2023.

10. I have not reported Mr. Springer's videos to YouTube for violating its policies, nor I have directed anyone at the Seventh Judicial District Court to do so on my behalf.

11.     Myself and my family are harassed and scared when Mr. Springer encourages his followers to follow me home from work to find out where I live.

12.     Myself and the court staff have received harassing phone calls from Mr. Springer's followers including but not limited to encouraging us to kill ourselves to wishing torture, rape and murder on us.  Some warning to watch out for piano wire and red dots and going as far as to say our children should be tortured, raped and murdered too.  These phone calls happened after each video posted by Mr. Springer.. I am harassed and scared when these phone calls are left on our voice mail.

FURTHER, AFFIANT SAYETH NAUGHT

_____
SHANNON MURDOCK-POFF

SUBSCRIBED and sworn to before me this _6th_ day of December, 2023.

STATE OF NEW MEXICO
NOTARY PUBLIC
NANCY L. FAUCETT
COMMISSION # 1093126
COMMISSION EXPIRES 04/21/2025

My Commission Expires:

4/21/25

_____
Nancy L. Faucett
Notary Public