**Plaintiff's YouTube Videos Related to the Seventh Judicial District**

| Date | Title of Video | Video Link |
|---|---|---|
| 11/23/2023 | There are lawless thugs among us, they are called judges | https://www.youtube.com/watch?v=ZcD0fFJ9lt8 |
| 11/13/2023 | Government Creates Problems So They Have Problems to solve | https://www.youtube.com/watch?v=psdf9iEqXyI |
| 11/13/2023 | Fred checking on status of court proceedings | https://www.youtube.com/watch?v=UYO2LYmcuBI |
| 11/8/2023 | Trying To Talk To The Sheriff Again | https://www.youtube.com/watch?v=E2YpHadolYM |
| 11/1/2023 | Picking Up Papers, Court Still Retaliating Against Me For Exposing Gordon Bennet | https://www.youtube.com/watch?v=QUhGqPBXzF4 |
| 11/1/2023 | Torrance County Sheriff "open door policy" For Compliments Only, No Criticism | https://www.youtube.com/watch?v=wd5Kzy6xnnI |
| 10/31/2023 | District 7 Court Is Out Of Control Still And Sheriff's "Open Door Policy" = Locked Door | https://www.youtube.com/watch?v=krTXlwzlKbw |
| 10/24/2023 | More Torrance County And Mountainair New Mexico Government Drama | https://www.youtube.com/watch?v=qYaZ3v3o6KQ |
| 10/23/2023 | Lawsuit against dirty judges is in the 10th circuit of appeals | https://www.youtube.com/watch?v=KuH6OMvth8w |
| 8/30/2023 | I'm suing the Court for rights violations, but they just gave me the offer of a lifetime… | https://www.youtube.com/watch?v=Jn1lb58AFdA |
| 8/22/2023 | Court Tries Everything To Stop The First Amendment | No longer available on YouTube |
| 6/12/2023 | Judge Recused Herself, Hearing To Try Me For Contempt Was Vacated | https://www.youtube.com/watch?v=9gVmq1wHWRY |
| 6/9/2023 | Come To Estancia NM June 16th. STOP IT SUSAN! | https://www.youtube.com/watch?v=f0Zc2m2wLcY |
| 6/8/2023 | Susan Rossignol and Judge Mercedes Murphy are a threat to a Law abiding civilized society | https://www.youtube.com/watch?v=w8wW_Mwfrug |
| 6/8/2023 | Susan Rossignol still won't obey the law | https://www.youtube.com/watch?v=MzrvNN1YpQI |
| 6/2/2023 | 7th judicial court had an emergency | No longer available on YouTube |
| 5/26/2023 | Court Clerk Gets Super Wierd, Then Calls The Cops | https://www.youtube.com/watch?v=d-lFYUWxXoA |
| 5/26/2023 | Court Clerk Tries to force an Escort On Me | https://www.youtube.com/shorts/HAh-9kQpq6A (marked private) |
| 5/26/2023 | Judge really thinks cussing is illegal | https://www.youtube.com/shorts/qyYD7cTFjkY |
| 4/6/2023 | Back at Court For Official Business | https://www.youtube.com/watch?v=ulNWsxMCWqE |
| 4/6/2023 | 7th judicial court Says No Recording your own business with the court | https://www.youtube.com/watch?v=MzY_DgyWCCE |
| 3/31/2023 | Applying to work in organized crime - Riley is a good man with the patience of a saint 😂 | https://www.youtube.com/watch?v=GIxg7LPG1Es |



| Date | Title | Link |
|---|---|---|
| 3/31/2023 | 7th Judicial District Court WON'T STOP BEING STUPID! | https://www.youtube.com/watch?v=HLLluFrnlpc |
| 3/24/2023 | Woman Arrested In 2023 For Not Wearing Mask - HELP US END THIS | No longer available on YouTube |
| 3/24/2023 | Woman Arrested For No Mask In 2023, Confronting Judge Craig Davis | No longer available on YouTube |
| 3/22/2023 | Sheriff promises to be constitutional. Is he a politician? | https://www.youtube.com/watch?v=xmKC_9buIug |
| 3/22/2023 | Woman arrested for no mask has been released | https://www.youtube.com/watch?v=V2hqx2IXErM |
| 3/22/2023 | Coward Sheriff David Frazee Shows His True Colors When There's No Cameras | https://www.youtube.com/watch?v=i4yic8XIB3k |
| 3/1/2023 | Court Retaliated Against Me for YOU exercising Rights | https://www.youtube.com/watch?v=DkALoekXxWQ |
| 2/21/2023 | Pt. 2 - Court Claims It's 1 Year In Prison For Cussing In A Text Message - Gordon Bennett | https://www.youtube.com/watch?v=Kli31IfmuTE |
| 2/20/2023 | Sheriff And Deputies Stand Up Against Bad New Mexico Judiciary - Gordon Bennett | https://www.youtube.com/watch?v=KZ-EhXuOZNM |
| 2/16/2023 | Caught In A Bald Faced Lie By A Camera In His Own Court Room - Dishonorable Gordon Bennett | https://www.youtube.com/watch?v=uuUvl-P2WLo |
| 2/1/2023 | standing for a deputy that stood for us | https://www.youtube.com/watch?v=-TtKhNEs6Q8 |
| 1/1/2023 | Full Body Cam, Man In Black Dress Orders Woman Arrested For No Mask, Sheriff Deputies Obey | No longer available on YouTube |