IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

    Plaintiff,

v.                                                                 No. 1:23-cv-00499-MIS-JMR

SEVENTH JUDICIAL DISTRICT COURT
MERCEDES MURPHY,
SHANNON MURDOCK-POFF,
JASON JONES, and SUSAN ROSSIGNOL,

    Defendants.

## NOTICE OF LODGING OF MEDIA EXHIBITS

    COMES NOW Defendants Seventh Judicial District Court, Mercedes Murphy, Shannon-Murdock-Poff, Jason Jones, and Suan Rossignol (collectively hereinafter "Defendants"), by and through their counsel of record, Garcia Law Group, LLC (Bryan C. Garcia, Rodney L. Gabaldon, and Jade Delfin), and hereby give notice that USD drives will be lodged with the Court, containing the following media exhibits to Defendant's Motion to Dismiss Amended Complaint for Declaratory Judgment and Injunctive Relief for Civil Rights Violations Under 42 U.S.C.A. § Violations of Rights Protected by the New Mexico Civil Rights Act:

    **Exhibit A-C:** This file contains voicemails and recorded calls the Seventh Judicial District received as a result of Plaintiff, which can be accessed and by clicking the video icons.

    **Exhibit D**: This file contains the video published by Plaintiff James Springer on his YouTube channel Fake News Network, "There are lawless thugs among us, they are called judges", YouTube (November 23, 2023), which can be accessed at: https://www.youtube.com/watch?v=ZcD0fFJ9lt8 and by clicking the video icon.

Respectfully submitted,

**GARCIA LAW GROUP, LLC**

*/s/ Jade Delfin*
Bryan C. Garcia
Rodney L. Gabaldon
Jade Delfin
*Attorneys for Defendants*
6739 Academy Road NE, Suite 200
Albuquerque, NM 87109
(505) 629-1576 / (505) 652-1337 (fax)
bgarcia@garcialawgroupllc.com
rgabaldon@garcialawgroupllc.com
jdelfin@garcialawgroupllc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CMECF on this the 12th day of December, 2023, which caused service to all counsel of record.

*/s/ Jade Delfin*
Jade Delfin