IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

    Plaintiff,

v.    1:23-cv-00499-MIS-JMR

SEVENTH JUDICIAL DISTRICT COURT,
MERECEDES MURPHY, SHANNON
MURDOCK-POFF, JASON JONES, and
SUSAN ROSSIGNOL,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **Wednesday, December 20, 2023**, at **10:00 a.m.**  Counsel shall call my AT&T toll-free conference line at 1-877-336-1831 and dial access code 4999264 to be joined to the proceedings. The parties should be prepared to discuss whether they are interested in holding a settlement conference.

Recording or broadcasting of this hearing is prohibited.

JENNIFER M. ROZZONI
United States Magistrate Judge