### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Jennifer M. Rozzoni,**
**United States Magistrate Judge**

### CLERK'S MINUTES

| | |
|---|---|
| **CASE TITLE**: *Springer v. Seventh Judicial District Court et al* | **DATE**: Wednesday, December 20, 2023 |
| **CASE No**: 1:23-cv-00499-MIS-JMR | **COURTROOM CLERK**: KMS |
| **PROCEEDINGS COMMENCED**: 10:00 a.m. | **COURT IN RECESS**: 10:09 a.m. |

**TYPE OF PROCEEDING**: *Status Conference*

| **ATTORNEYS PRESENT FOR PLAINTIFF**: | **ATTORNEYS PRESENT FOR DEFENDANTS**: |
|---|---|
| A. Blair Dunn | Jade Delfin |
| Jared Robert Vander Dussen | Rodney Gabaldon |
| Zachary J. Cook | |

**The following issues were discussed**:

I. The Court set this status conference to discuss whether the parties are interested in a settlement conference.

II. Both parties confirm that they are interested in a settlement conference.

III. The parties also note that they have already participated in a mediation with the Tenth Circuit Court of Appeals in connection with the pending appeal in this matter.

IV. The Court will tentatively set an in-person settlement conference for Wednesday, January 24, 2024, beginning at 10:00 a.m. Alternatively, the Court is available on January 22nd or 23rd. The conference will be held in the Pete V. Domenici Courthouse, 333 Lomas Boulevard NW, Albuquerque, NM 87102. The parties will check with their clients and email both the Court (rozzonichambers@nmd.uscourts.gov) and opposing counsel no later than the close of business on Friday, December 22, 2023, to confirm their availability.

V. If the parties are available for the January 24, 2024 date and should no party object, the Court will likely set *ex-parte*, pre-settlement phone calls with counsel the afternoon of Monday, January 22, 2024.