IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JAMES SPRINGER,**

       **Plaintiff,**

v.

                                  **Civil Action No. 1:23-cv00499-MIS-JMR**

**SEVENTH JUDICIAL DISTRICT COURT,
MERCEDES MURPHY,
SHANNON MURDOCK-POFF, JASON JONES,
and SUSAN ROSSIGNOL,**

       **Defendants.**

### NOTICE OF EXTENSION OF TIME FOR RESPONSE

COMES NOW, Plaintiff, by and through undersigned counsel and provides the Court with a Notice of Extension of Time for his Response to Defendants' *Motion*, ECF Doc No. 77. Plaintiff has requested, and Defendants are not opposed[1] to an extension of time to respond to the Motion, up to and including January 8, 2024.

                                          Respectfully submitted,

                                          WESTERN AGRICULTURE, RESOURCE
                                          AND BUSINESS ADVOCATES, LLP

                                          */s/ A. Blair Dunn*
                                          A. Blair Dunn, Esq.
                                          Jared R. Vander Dussen, Esq.
                                          400 Gold Ave SW, Suite 1000
                                          Albuquerque, NM 87102
                                          (505) 750-3060
                                          abdunn@ablairdunn-esq.com
                                          warba.llp.jared@gmail.com

                                          Zach Cook, LLC

                                          */s/ Zach Cook*
                                          Zach Cook

---

[1] Defendants' counsel confirmed a 30 day extension was acceptable via email.

1

                                                       1202 Sudderth # 425
                                                       Ruidoso, NM 88345
                                                       (575) 937-7644
                                                       zach@zachcook.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2023, I filed the foregoing via the CM/ECF causing all parties of record to be served electronically.

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.