UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

January 03, 2024

Mr. Zachary J. Cook
Zach Cook Law Office
1703 Sudderth, Unit 425
Ruidoso, NM 88345

Ms. Jade Delfin
Mr. Rodney Gabaldon
Mr. Bryan Christopher Garcia
Garcia Law Group
6739 Academy Boulevard, NE, Suite 200
Albuquerque, NM 87109-0000

Mr. A. Blair Dunn
WARBA
400 Gold Ave SW, Suite 1000
Albuquerque, NM 87102

Mr. Mitchell R. Elfers
United States District Court for the District of New Mexico
Office of the Clerk
333 Lomas N.W.
Albuquerque, NM 87102

**RE:**    23-2158, Springer v. Seventh Judicial District Court, et al
       Dist/Ag docket: 1:23-CV-00499-MIS-JMR

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

                    Sincerely,

                    Christopher M. Wolpert
                    Clerk of Court

CMW/lg

2