IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

        Plaintiff,

v().

                              Civil Action No. 1:23-cv-00499-MIS-JMR

SEVENTH JUDICIAL DISTRICT COURT,
MERCEDES MURPHY,
SHANNON MURDOCK-POFF, JASON JONES,
and SUSAN ROSSIGNOL,

        Defendants.

**PLAINTIFF'S OPPOSED MOTION TO RENEW THE COURT'S CONSIDERATION OF PLAINTIFF'S SECOND MOTION FOR PRELIMINARY INJUNCTIVE RELIEF[1]**

COMES NOW, Plaintiff, through undersigned counsel of record, and respectfully moves this court to consider Plaintiff's Second Motion for Preliminary Relief, ECF Doc No 65, specifically the portions that the Court, in its Order, ECF Doc. No. 83, did not consider because the "Court lacks jurisdiction to consider the Second Motion for Temporary Restraining Order and Preliminary Injunction to the extent it seeks an order enjoining enforcement of the Administrative Orders." *Id.*

The Tenth Circuit has now dismissed the interlocutory appeal, as attached hereto, and Plaintiff respectfully request that Court review and consider those other portions of the Motion, especially the portions dealing with the allegation of violations of procedural due process.

---

[1] Counsel for Defendants has been consulted and does opposes amendment of the Complaint.

Respectfully submitted this 3rd day of January 2024.

        Respectfully submitted,

        WESTERN AGRICULTURE, RESOURCE
AND BUSINESS ADVOCATES, LLP

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.
Jared R. Vander Dussen, Esq.
400 Gold Ave SW, Suite 1000
Albuquerque, NM 87102
(505) 750-3060
abdunn@ablairdunn-esq.com
warba.llp.jared@gmail.com


Zach Cook, LLC

*/s/ Zach Cook*
Zach Cook
1202 Sudderth # 425
Ruidoso, NM 88345
(575) 937-7644
zach@zachcook.com


CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2023, I filed the foregoing via the CM/ECF causing all parties of record to be served electronically.

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.