FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

January 3, 2024

_____

Christopher M. Wolpert  
Clerk of Court

JAMES SPRINGER,

    Plaintiff - Appellant,

v.

SEVENTH JUDICIAL DISTRICT COURT; MERCEDES MURPHY; SHANNON MURDOCK-POFF; JASON JONES; SUSAN ROSSIGNOL,

    Defendants - Appellees.

No. 23-2158  
(D.C. No. 1:23-CV-00499-MIS-JMR)  
(D. N.M.)

_____

**ORDER**

_____

This matter is before the court on Appellant's *Motion to Voluntarily Dismiss*.

Upon consideration, the motion is granted. *See* 10th Cir. R. 27.5(A)(9) and Fed. R. App. P. 42(b).

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk