**Jade Delfin**

| | |
|---|---|
| **From:** | RingCentral <notify@ringcentral.com> on behalf of RingCentral |
| **Sent:** | Wednesday, January 17, 2024 10:38 AM |
| **To:** | Jade Delfin |
| **Subject:** | New Voice Message from KEVIN MURPHY (612) 310-6371 on 01/17/2024 10:37 |





Voice Message

Dear Jade Delfin,

You have a new voice message:

| | |
|---|---|
| **From:** | KEVIN MURPHY (612) 310-6371 |
| **Received:** | Wednesday, January 17, 2024 at 10:37 |
| **Length:** | 00:12 |
| **To:** | (505) 629-1576 * 118 Jade Delfin |

**Voicemail Preview:**

"Hey, you dumb con, I am watching a video by James Freeman. Just making you look like the stupid, dumb company. Learn the lie, you stupid dumb CT."
Listen to this message over your phone or log in to your RingCentral account with your main number, extension number, and password. You can also manage your voicemails in your RingCentral account.

Thank you for using RingCentral!

Work from anywhere with the RingCentral app. It's got everything you need to stay connected: team messaging, video meetings and phone - all in one app. Get started

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use.

Copyright 2024 RingCentral, Inc. All rights reserved. RingCentral and the RingCentral logo are trademarks of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA.



*EXHIBIT B*

**Jade Delfin**

| | |
|---|---|
| **From:** | RingCentral <notify@ringcentral.com> on behalf of RingCentral |
| **Sent:** | Monday, January 15, 2024 9:49 AM |
| **To:** | Jade Delfin |
| **Subject:** | New Voice Message from CHRIS DAY (478) 538-6964 on 01/15/2024 09:48 |





Voice Message

Dear Jade Delfin,

You have a new voice message:

| | |
|---|---|
| **From:** | CHRIS DAY (478) 538-6964 |
| **Received:** | Monday, January 15, 2024 at 09:48 |
| **Length:** | 00:25 |
| **To:** | (505) 843-7075 * 118 Jade Delfin |

**Voicemail Preview:**

"Hi, I was just reaching out to Jade. Hey, please stop sending harassing letters to journalists against law can not do it, please learn to law, please stop being ignorant of law. There's nothing that journalist James Springer is doing that's against the law, so you'll need to learn to long. I hope you learned it. Thanks."
Listen to this message over your phone or log in to your <u>RingCentral account</u> with your main number, extension number, and password. You can also manage your voicemails in your RingCentral account.


Thank you for using RingCentral!

---

Work from anywhere with the RingCentral app. It's got everything you need to stay connected: team messaging, video meetings and phone - all in one app. <u>Get started</u>

By subscribing to and/or using RingCentral, you acknowledge agreement to our <u>Terms of Use</u>.

Copyright 2024 RingCentral, Inc. All rights reserved. RingCentral and the RingCentral logo are trademarks of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA.

**Jade Delfin**

| | |
|---|---|
| **From:** | RingCentral <notify@ringcentral.com> on behalf of RingCentral |
| **Sent:** | Saturday, January 13, 2024 9:37 PM |
| **To:** | Jade Delfin |
| **Subject:** | New Voice Message from BENAVIDEZ TOBIE (505) 448-5385 on 01/13/2024 21:37 |

     

Voice Message

Dear Jade Delfin,

You have a new voice message:

| | |
|---|---|
| **From:** | BENAVIDEZ TOBIE (505) 448-5385 |
| **Received:** | Saturday, January 13, 2024 at 21:37 |
| **Length:** | 00:20 |
| **To:** | (505) 629-1576 * 118 Jade Delfin |

**Voicemail Preview:**

"Yeah, no."
Listen to this message over your phone or log in to your RingCentral account with your main number, extension number, and password. You can also manage your voicemails in your RingCentral account.

Thank you for using RingCentral!

> Work from anywhere with the RingCentral app. It's got everything you need to stay connected: team messaging, video meetings and phone - all in one app. Get started

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use.

Copyright 2024 RingCentral, Inc. All rights reserved. RingCentral and the RingCentral logo are trademarks of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA.

**Jade Delfin**

| | |
|---|---|
| **From:** | RingCentral <notify@ringcentral.com> on behalf of RingCentral |
| **Sent:** | Saturday, January 13, 2024 9:31 PM |
| **To:** | Jade Delfin |
| **Subject:** | New Voice Message from BENAVIDEZ TOBIE (505) 448-5385 on 01/13/2024 21:31 |




Voice Message

Dear Jade Delfin,

You have a new voice message:

| | |
|---|---|
| **From:** | BENAVIDEZ TOBIE (505) 448-5385 |
| **Received:** | Saturday, January 13, 2024 at 21:31 |
| **Length:** | 00:53 |
| **To:** | (505) 843-7075 * 118 Jade Delfin |

**Voicemail Preview:**

"Mail mail me mama, mama, mama, mama, me Mel, mem Mammal Milne or me from Magon Mall now, now now I have now now now no mom mouth, oh, mama mama, no melt mouth, mama mouth, no, no, no, no, no, no, no, no, no, no male, no ma bell, no male male mouth, no no, no, no male. What your pitch? But."
Listen to this message over your phone or log in to your RingCentral account with your main number, extension number, and password. You can also manage your voicemails in your RingCentral account.

Thank you for using RingCentral!

Work from anywhere with the RingCentral app. It's got everything you need to stay connected: team messaging, video meetings and phone - all in one app. Get started

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use.

Copyright 2024 RingCentral, Inc. All rights reserved. RingCentral and the RingCentral logo are trademarks of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA.

**Jade Delfin**

| | |
|---|---|
| **From:** | RingCentral <notify@ringcentral.com> on behalf of RingCentral |
| **Sent:** | Saturday, January 13, 2024 6:55 PM |
| **To:** | Jade Delfin |
| **Subject:** | New Voice Message from AARON BOOKER (760) 458-5788 on 01/13/2024 18:54 |





Voice Message

Dear Jade Delfin,

You have a new voice message:

| | |
|---|---|
| **From:** | AARON BOOKER (760) 458-5788 |
| **Received:** | Saturday, January 13, 2024 at 18:54 |
| **Length:** | 00:47 |
| **To:** | (505) 629-1576 * 118 Jade Delfin |

**Voicemail Preview:**

"Why would you guys bring this see, and this letter forward, like, why would you bring this shame on to your law firm? It is utterly ridiculous. And you are going to look ****** even more retarded here I will give you about a week, I give you about a week before you guys realize I royally you ****** up because you just look ridiculous. You look like you do not know the ******* law. Um, yeah, whatever. You got a ******* idiots. I mean, you got my number. You want to try to do something you can, but yeah, you guys are ******* retards. That is all I got to say."
Listen to this message over your phone or log in to your RingCentral account with your main number, extension number, and password. You can also manage your voicemails in your RingCentral account.

Thank you for using RingCentral!

Work from anywhere with the RingCentral app. It's got everything you need to stay connected: team messaging, video meetings and phone - all in one app. Get started

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use.

Copyright 2024 RingCentral, Inc. All rights reserved. RingCentral and the RingCentral logo are trademarks of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA.

**Jade Delfin**

| | |
|---|---|
| **From:** | Bryan Garcia <bgarcia@garcialawgroupllc.com> on behalf of Bryan Garcia |
| **Sent:** | Saturday, January 13, 2024 1:28 PM |
| **To:** | Iveth Larkin; Jade Delfin |
| **Subject:** | Fwd: FW: [Garcia Law Group] Contact - new submission |

Save to file please.

_____

Bryan C. Garcia
GARCIA LAW GROUP, LLC
6739 Academy Road NE, Suite 200
Albuquerque, NM 87109

505-843-7075  505-629-1576  505-652-1337 (fax)



-------------------------------------------------------

Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communication that may be privileged or confidential and are intended solely for the addressed individual or entity.  If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately.

---------- Forwarded message ---------
From: **Alarie Ray-Garcia** <Alarie@improntapr.com>
Date: Sat, Jan 13, 2024 at 12:10 PM
Subject: FW: [Garcia Law Group] Contact - new submission
To: Bryan C. Garcia <bgarcia@garcialawgroupllc.com>

Alarie Ray-Garcia

imPRonta Public Relations

505-573-9496

alarie@improntapr.com

---

**From:** Bon citoyen <reply-to+ef7d0b25b60a@crm.wix.com>
**Reply-To:** Bon citoyen <b9c2e89c-b07f-4137-88ef-52cc2d5ebec5@crm.wix.com>
**Date:** Friday, January 12, 2024 at 8:30 PM
**To:** Alarie Ray-Garcia <Alarie@improntapr.com>
**Subject:** [Garcia Law Group] Contact - new submission

Bon citoyen just submitted your form: Contact
on Garcia Law Group

**Message Details:**
Name: Bon citoyen
Email: leboncitoyenaudit@gmail.com
Subject: Jade Delfin is one stupid bitch
Message: YOUR ARE ONE IGNORANT BITCH YOU SHOULD BE ASHAME
OF YOURSELF 1ST AMENDMENT (FREEDOM OF SPEECH) LEARN THE
LAW MORON https://www.youtube.com/watch?v=sydIYZhKNUs

Reply to this email directly or via your site's Inbox: Reply directly or go to your site's Inbox:

Respond Now

---

If you think this submission is spam, report it as spam.

To edit your email settings, go to your Inbox on desktop.

2

**Jade Delfin**

| | |
|---|---|
| **From:** | none <niezelski@gmail.com> on behalf of none |
| **Sent:** | Saturday, January 13, 2024 1:10 PM |
| **To:** | jdelfin@garcialawgroupllc.com |
| **Subject:** | You're famous! |

You are a real dummy.

https://www.youtube.com/watch?v=sydIYZhKNUs

**Jade Delfin**

| | |
|---|---|
| **From:** | RingCentral <notify@ringcentral.com> on behalf of RingCentral |
| **Sent:** | Saturday, January 13, 2024 11:48 AM |
| **To:** | Jade Delfin |
| **Subject:** | New Voice Message from BOYD JOE (817) 703-4592 on 01/13/2024 11:47 |





Voice Message

Dear Jade Delfin,

You have a new voice message:

| | |
|---|---|
| **From:** | BOYD JOE (817) 703-4592 |
| **Received:** | Saturday, January 13, 2024 at 11:47 |
| **Length:** | 02:43 |
| **To:** | (505) 629-1576 * 118 Jade Delfin |

**Voicemail Preview:** (Partial)

"Jade Delfin, how are you? My name is Jay Boyd calling about, uh, your Cason assist letter. I think you made may want to do some continuing education when the citizens that would be me talk to the government in this case, that would be you and we express our thoughts on your, you know, on the job that you are doing, that is the First Amendment, right redress grievance. So that is that that cannot be harassment, that cannot be Defamation when we say things that are true, also not not defamation. Quit your **** to better. We are watching. ..."
Listen to this message over your phone or log in to your RingCentral account with your main number, extension number, and password. You can also manage your voicemails in your RingCentral account.

Thank you for using RingCentral!

Work from anywhere with the RingCentral app. It's got everything you need to stay connected: team messaging, video meetings and phone - all in one app. Get started

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use.

Copyright 2024 RingCentral, Inc. All rights reserved. RingCentral and the RingCentral logo are trademarks of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA.

**Jade Delfin**

| | |
|---|---|
| **From:** | fucktyrany <defundpolicenow@proton.me> on behalf of fucktyrany |
| **Sent:** | Saturday, January 13, 2024 10:20 AM |
| **To:** | jdelfin@garcialawgroupllc.com |
| **Subject:** | Disgusting tyrany |

You are a disgusting tyrant and I hope that you are soon visited by a plague of disabilities that leave you a miserable existence for the rest of your life. I further hope that your family is included.

Sent with Proton Mail secure email.

**Jade Delfin**

| | |
|---|---|
| **From:** | RingCentral <notify@ringcentral.com> on behalf of RingCentral |
| **Sent:** | Friday, January 12, 2024 11:03 PM |
| **To:** | Jade Delfin |
| **Subject:** | New Voice Message from SALT LK CITY UT (801) 618-3344 on 01/12/2024 23:02 |




Voice Message

Dear Jade Delfin,

You have a new voice message:

| | |
|---|---|
| **From:** | SALT LK CITY UT (801) 618-3344 |
| **Received:** | Friday, January 12, 2024 at 23:02 |
| **Length:** | 00:24 |
| **To:** | (505) 629-1576 * 118 Jade Delfin |

**Voicemail Preview:**

"Hey, it is not right for you to suggest that citizens can check up on their government and, you know, call them out when they are doing wrong. So I would not even suggest that I think you are barking up a wrong tree. I know the government's paying you to do a service, but I think you are you are walking on a slippery slope on this 1, thank you."
Listen to this message over your phone or log in to your RingCentral account with your main number, extension number, and password. You can also manage your voicemails in your RingCentral account.

Thank you for using RingCentral!

Work from anywhere with the RingCentral app. It's got everything you need to stay connected: team messaging, video meetings and phone - all in one app. Get started

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use

Copyright 2024 RingCentral, Inc. All rights reserved. RingCentral and the RingCentral logo are trademarks of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA.

**Jade Delfin**

| | |
|---|---|
| **From:** | RingCentral <notify@ringcentral.com> on behalf of RingCentral |
| **Sent:** | Friday, January 12, 2024 9:49 PM |
| **To:** | Jade Delfin |
| **Subject:** | New Voice Message from WIRELESS CALLER (501) 529-0692 on 01/12/2024 21:48 |





Voice Message

Dear Jade Delfin,

You have a new voice message:

| | |
|---|---|
| **From:** | WIRELESS CALLER (501) 529-0692 |
| **Received:** | Friday, January 12, 2024 at 21:48 |
| **Length:** | 00:13 |
| **To:** | (505) 629-1576 * 118 Jade Delfin |

**Voicemail Preview:**

"Use my tax dollars to be a bit and break the ******* law. Your CT, your trash, you are nothing but trash. Get off my ******* payroll."
Listen to this message over your phone or log in to your RingCentral account with your main number, extension number, and password. You can also manage your voicemails in your RingCentral account.

Thank you for using RingCentral!

Work from anywhere with the RingCentral app. It's got everything you need to stay connected: team messaging, video meetings and phone - all in one app. Get started

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use.

Copyright 2024 RingCentral, Inc. All rights reserved. RingCentral and the RingCentral logo are trademarks of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA.

**Jade Delfin**

| | |
|---|---|
| **From:** | RingCentral <notify@ringcentral.com> on behalf of RingCentral |
| **Sent:** | Friday, January 12, 2024 8:53 PM |
| **To:** | Jade Delfin |
| **Subject:** | New Voice Message from WIRELESS CALLER (601) 738-2497 on 01/12/2024 20:52 |

   

Voice Message

Dear Jade Delfin,

You have a new voice message:

| | |
|---|---|
| **From:** | WIRELESS CALLER (601) 738-2497 |
| **Received:** | Friday, January 12, 2024 at 20:52 |
| **Length:** | 03:00 |
| **To:** | (505) 629-1576 * 118 Jade Delfin |

**Voicemail Preview:** (Partial)

"Hey, Jade Delfin, hey, I am a fan of freedom, I am a fan of the Constitution and I am a fan of the Bill of Rights, but I am Al am a super fan of James Freeman, a freedom fighting hero. Hey, you would not mind if I just shorten your name to would you through the rest of my message for so I will just call you the pitch. Hey, you are infamous now. You have made it you have with with your low I Q of bumbling and stumbling. You have made it onto James Freeman's Youtube channel. So you are now infamous and a lot of people who are low. I like Like you do not understand infamy, it is not good. You are famous for all the wrong reasons. Now pitch and and I mean that with love. I am just shortening Jade Delfin for brevity here. Rich, but. ..."
Listen to this message over your phone or log in to your RingCentral account with your main number, extension number, and password. You can also manage your voicemails in your RingCentral account.

Thank you for using RingCentral!

Work from anywhere with the RingCentral app. It's got everything you need to stay connected: team messaging, video meetings and phone - all in one app. Get started

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use.

Copyright 2024 RingCentral, Inc. All rights reserved. RingCentral and the RingCentral logo are trademarks of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA.

**Jade Delfin**

---

| | |
|---|---|
| **From:** | RingCentral <notify@ringcentral.com> on behalf of RingCentral |
| **Sent:** | Friday, January 12, 2024 8:43 PM |
| **To:** | Jade Delfin |
| **Subject:** | New Voice Message from WIRELESS CALLER (480) 980-7625 on 01/12/2024 20:42 |

                                                    

Voice Message

---

Dear Jade Delfin,

You have a new voice message:

| | |
|---|---|
| **From:** | WIRELESS CALLER (480) 980-7625 |
| **Received:** | Friday, January 12, 2024 at 20:42 |
| **Length:** | 00:33 |
| **To:** | (505) 629-1576 * 118 Jade Delfin |

**Voicemail Preview:**

"Hey, Jade, we are looking to deliver a package tonight. I guess we can do it Monday. It is a very large box of we the people, but hurt cream. We know you need it and we know you have plenty of people. That you can hand out the other large tubes to. Hey, this cream will help you by."
Listen to this message over your phone or log in to your RingCentral account with your main number, extension number, and password. You can also manage your voicemails in your RingCentral account.

Thank you for using RingCentral!

---

> Work from anywhere with the RingCentral app. It's got everything you need to stay connected: team messaging, video meetings and phone - all in one app. Get started

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use.

Copyright 2024 RingCentral, Inc. All rights reserved. RingCentral and the RingCentral logo are trademarks of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA.

**Jade Delfin**

| | |
|---|---|
| **From:** | RingCentral <notify@ringcentral.com> on behalf of RingCentral |
| **Sent:** | Friday, January 12, 2024 8:41 PM |
| **To:** | Jade Delfin |
| **Subject:** | Urgent Voice Message from WIRELESS CALLER (480) 980-7625 on 01/12/2024 20:40 |



Voice Message

Dear Jade Delfin,

You have a new voice message:

| | |
|---|---|
| **From:** | WIRELESS CALLER (480) 980-7625 |
| **Received:** | Friday, January 12, 2024 at 20:40 |
| **Length:** | 00:02 |
| **To:** | (505) 629-1576 * 118 (Jade Delfin) |

**Voicemail Preview:** *Unavailable*
Listen to this message over your phone or log in to your RingCentral account with your main number, extension number, and password. You can also manage your voicemails in your RingCentral account.

Thank you for using RingCentral!

Work from anywhere with the RingCentral app. It's got everything you need to stay connected: team messaging, video meetings and phone - all in one app. Get started

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use.

Copyright 2024 RingCentral, Inc. All rights reserved. RingCentral and the RingCentral logo are trademarks of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA.

## Jade Delfin

| | |
|---|---|
| **From:** | Mike Wilson <mdwilsoneng@gmail.com> on behalf of Mike Wilson |
| **Sent:** | Friday, January 12, 2024 7:59 PM |
| **To:** | jdelfin@garcialawgroupllc.com |
| **Subject:** | we can criticize the government, it's the First Amendment, duh |

Maybe you were absent the day that they taught law in law school.  You cannot threaten us with sanctions because you don't like what we say.  Remember that pesky Bill of Rights?  Petitioning our government for redress of grievances is in there.  Maybe you should try reading it sometime.  Since I am quite sure that you probably don't have a copy, Google it, read it, learn it and follow it.  Protecting government tyrants that trample on our rights puts you on the wrong side of history.  There is a new wind sweeping the nation.  The people who have been abused by our government for far too long are waking up and putting our feet down.  The snowball has started rolling down the hill, and the oath breaking tyrants who abuse the very people that they swore to serve are going to get smashed by it.  You can go down on the Titanic if you want, but you certainly can't stop it by threatening us.  The only reason that you guys are being sued by James Freeman in the first place is that your client's broke the law, plain and simple, period.  Sure, you spout all your nonsense as you try and protect these thugs, but when you are alone in bed with your thoughts at night, you know the real truth.  Your clients are more guilty than OJ .  Since the corrupt tyrants didn't do their sworn duty, and do the right thing when they had the chance, he has to hold them accountable himself.  You might win a few battles while you and the corrupt, oath breaking, law breaking tyrants make your last desperate attempts to hold onto your power, but the tide is turning.  Your corruption and abuse of power have awakened the sleeping giant.  Revolution is at hand.  You will definitely lose the war.  We Americans love our freedom, and we will be damned if we are going to surrender it to the likes of you.  Revolution is at hand.  You can join us and uphold the rule of law, or you can be tossed on the ash pile of history with the rest of the tyrants who betrayed our trust, but you will never, ever stop us.

**Jade Delfin**

| | |
|---|---|
| **From:** | Joseph Pilkington <japilkin@gmail.com> on behalf of Joseph Pilkington |
| **Sent:** | Friday, January 12, 2024 7:39 PM |
| **To:** | jdelfin@garcialawgroupllc.com |
| **Subject:** | Defamatory Statements |

Ms. Delfin:

I wish you good health and a long life in the pursuit of happiness.

However, please cease and desist your attempt to silence The People and trample on our Constitutional rights. We will not be silenced and We The People strong will defeat you by all legal means possible. We will back and fund The People in pursuit of justice. Respectfully, go fuck yourself.

Joseph Pilkington

**Jade Delfin**

| | |
|---|---|
| **From:** | Lawyer.com Referrals <referrals@corp.lawyer.com> on behalf of Lawyer.com Referrals |
| **Sent:** | Friday, January 12, 2024 6:46 PM |
| **To:** | jdelfin@garcialawgroupllc.com |
| **Subject:** | Lawyer.com Contact Request |

## Lawyer.com Contact Request

Greetings Jade Plagata Delfin,

Lawyer.com was contacted by an individual who is attempting to get in touch with you directly. You will find the details and contact information of this visitor below.

As the world's fastest online lawyer directory, tens of thousands of consumers visit Lawyer.com every day. Our goal is to match them with a qualified lawyer in their area.

However, we are occasionally contacted by individuals attempting to reach out to specific lawyers for non-legal reasons. In situations like this, we still contact the lawyer or law office directly and pass their information along.

We hope this information is of value to you. Had this been a legitimate potential client referral, you would have received the individual's case details from within our referral system. Learn more about Lawyer.com here.

========================================================

**Name:** Annie
**Email:** labeggs4@gmail.com
**Phone:** 618-967-8111
**Location:**
**Reason for Contact:**
Ms. Delfin, online videos are available for everyone to see. We're all big boys & girls & do not need anyone to incite nor encourage our comments & phone calls. Have you forgotten that we the people are the government & have the freedom to voice our concerns? Corruption is continually being exposed & if public officials aren't happy about complaints nor criticism from the citizens who have given them the privilege of serving us, they can find a position in the private sector. Creators of channels on social media are not responsible for the actions of their audience, the same as any news agency, journalist, politician, etc can't control the actions of theirs. It's not harassment nor defamation when it's true & public servants must prove any allegations against them are false. It's certainly not the fault of the people if the phone calls can't be appropriately monitored. Government officials whether elected or hired cannot silence our voice nor take our freedom.

1

========================================================



*Email message or advertisement sent by Lawyer.com*
*25 Mountainview Boulevard, Basking Ridge, NJ 07920*
*To unsubscribe, reply to this email with your request.*
*800-620-0900*

**Jade Delfin**

| | |
|---|---|
| **From:** | RingCentral <notify@ringcentral.com> on behalf of RingCentral |
| **Sent:** | Friday, January 12, 2024 4:22 PM |
| **To:** | Jade Delfin |
| **Subject:** | New Voice Message from BISBEE   AZ (520) 422-7065 on 01/12/2024 16:21 |





Voice Message

Dear Jade Delfin,

You have a new voice message:

| | |
|---|---|
| **From:** | BISBEE AZ (520) 422-7065 |
| **Received:** | Friday, January 12, 2024 at 16:21 |
| **Length:** | 00:50 |
| **To:** | (505) 629-1576 * 118 Jade Delfin |

**Voicemail Preview:**

"That is on the internet that you are representing Torrance County Sheriff, and that you had made a motion to dismiss the case against you because the person following the complaint called you a name, and I understand that. Sometimes it can be difficult to be called names, I think what is even more important than that is that we live in a country where there is something called the First Amendment to the Constitution, and I am sure that you are aware of it as a lawyer, or at least I hope so. So in conclusion, I am sorry if your feelings were hurt, but in reality, we live in a society where people can say what they want."
Listen to this message over your phone or log in to your RingCentral account with your main number, extension number, and password. You can also manage your voicemails in your RingCentral account.

Thank you for using RingCentral!

Work from anywhere with the RingCentral app. It's got everything you need to stay connected: team messaging, video meetings and phone - all in one app. Get started

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use

Copyright 2024 RingCentral, Inc. All rights reserved. RingCentral and the RingCentral logo are trademarks of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA.

## Jade Delfin

| | |
|---|---|
| **From:** | RingCentral <notify@ringcentral.com> on behalf of RingCentral |
| **Sent:** | Friday, January 12, 2024 2:05 PM |
| **To:** | Jade Delfin |
| **Subject:** | New Voice Message from WIRELESS CALLER (720) 271-2208 on 01/12/2024 14:04 |

 

Voice Message

Dear Jade Delfin,

You have a new voice message:

| | |
|---|---|
| **From:** | WIRELESS CALLER (720) 271-2208 |
| **Received:** | Friday, January 12, 2024 at 14:04 |
| **Length:** | 00:42 |
| **To:** | (505) 629-1576 * 118 Jade Delfin |

**Voicemail Preview:**

"Oh, I was wondering the obese Judge Murphy. She is a very obese She eats like a freaking pig and I like to criticize her. She his face as round as round her body's big and round her *** is bigger than anything I've ever seen. She is, I guess grace to the public. I do not like that people because the fat is is from our tax dollars feeding Herts."
Listen to this message over your phone or log in to your RingCentral account with your main number, extension number, and password. You can also manage your voicemails in your RingCentral account.

Thank you for using RingCentral!

Work from anywhere with the RingCentral app. It's got everything you need to stay connected: team messaging, video meetings and phone - all in one app. Get started

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use.

Copyright 2024 RingCentral, Inc. All rights reserved. RingCentral and the RingCentral logo are trademarks of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA.

**Jade Delfin**

**From:** RingCentral <notify@ringcentral.com> on behalf of RingCentral
**Sent:** Friday, January 12, 2024 1:16 PM
**To:** Jade Delfin
**Subject:** Urgent Voice Message from DOLIOVAN KEN (714) 735-2735 on 01/12/2024 13:15





Voice Message

Dear Jade Delfin,

You have a new voice message:

**From:** DOLIOVAN KEN (714) 735-2735
**Received:** Friday, January 12, 2024 at 13:15
**Length:** 00:55
**To:** (505) 629-1576 * 118 Jade Delfin

**Voicemail Preview:**

"Do your partners realize how much money you are losing for them? Holy ****, Delfin or dolphin, whatever your fish had brains it is. Do you have any morals now? How many good attorneys like me you embarrass? And you are going to get your your firm is going to end up paying a lot of money. You are going to Drop out of the thing, your partners are going to force you, and you know what Karma is, right? Sure you do good luck with Murphy's law. That is why we stopped you today. You are going nowhere fast, but."
Listen to this message over your phone or log in to your RingCentral account with your main number, extension number, and password. You can also manage your voicemails in your RingCentral account.

Thank you for using RingCentral!

Work from anywhere with the RingCentral app. It's got everything you need to stay connected: team messaging, video meetings and phone - all in one app. Get started

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use.

Copyright 2024 RingCentral, Inc. All rights reserved. RingCentral and the RingCentral logo are trademarks of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA.

**Jade Delfin**

| | |
|---|---|
| **From:** | RingCentral <notify@ringcentral.com> on behalf of RingCentral |
| **Sent:** | Tuesday, January 9, 2024 8:28 PM |
| **To:** | Jade Delfin |
| **Subject:** | New Voice Message from WIRELESS CALLER (513) 383-2119 on 01/09/2024 20:27 |





Voice Message

Dear Jade Delfin,

You have a new voice message:

| | |
|---|---|
| **From:** | WIRELESS CALLER (513) 383-2119 |
| **Received:** | Tuesday, January 09, 2024 at 20:27 |
| **Length:** | 03:00 |
| **To:** | (505) 629-1576 * 118 Jade Delfin |

**Voicemail Preview:** (Partial)

"Yes. Today I was really just speaking to myself, but I was not a public place where people could hear me and basically I call it all the judges ea bunny monkey butter docks, which I do not know if you are familiar with that phrase. I look at bunny monkey butter ducks, but it is really nasty. I mean, I was Calling them some really nasty names, I was throwing it out there in public and I am wondering, have we lost our First Amendment rights where I need to turn myself in for some kind of crime simply for calling judges a name? Am I going to am I going to be hanging from a rope for that or will you guys Be pushing for the death sentence against me. Simply for calling the judges. Elea bunny monkey butter docks. What if I use a different word that you are more familiar with? What if I said all those judges are bites? Am I now going to be targeted by government and. ..."
Listen to this message over your phone or log in to your RingCentral account with your main number, extension number, and password. You can also manage your voicemails in your RingCentral account.

Thank you for using RingCentral!

Work from anywhere with the RingCentral app. It's got everything you need to stay connected: team messaging, video meetings and phone - all in one app. Get started

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use.

Copyright 2024 RingCentral, Inc. All rights reserved. RingCentral and the RingCentral logo are trademarks of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA.

## Jade Delfin

| | |
|---|---|
| **From:** | David Valenzky <dvalenzky@gmail.com> on behalf of David Valenzky |
| **Sent:** | Tuesday, January 9, 2024 7:20 PM |
| **To:** | jdelfin@garcialawgroupllc.com |
| **Subject:** | Please take your head outof your ass |

This one is for you.

```
................/´¯/)
..............,/¯../
............../..../
............./´¯/'...'/´¯¯`·¸
........../'/.../..../......./¨¯\
........('(...´...´.... ¯~/'...')
.........\.................'...../
..........\.......... ..._.·´
...........\..............(
.............\.............\
```

**Jade Delfin**

| | |
|---|---|
| **From:** | Jerry Baker <jlb4011@gmail.com> on behalf of Jerry Baker |
| **Sent:** | Tuesday, January 9, 2024 3:20 PM |
| **To:** | jdelfin@garcialawgroupllc.com |
| **Subject:** | James Freeman |

You are a disgrace to the legal profession and fuck you.