## Jade Delfin

| | |
|---|---|
| **From:** | abdunn ablairdunn-esq.com <abdunn@ablairdunn-esq.com> on behalf of abdunn ablairdunn-esq.com |
| **Sent:** | Friday, January 12, 2024 4:35 PM |
| **To:** | Iveth Larkin; warba.llp.jared@gmail.com; zach@zachcook.com |
| **Cc:** | Jade Delfin; Bryan Garcia; Rodney Gabaldon; Alyx Callison; PP SPRINGER, J.; Ann Pierret; mlee@ap.org |
| **Subject:** | Re: Springer v. Seventh Judicial District et al. Case No. 1:23-CV-00499 |

Jade,
We disagree with entirely with the premise of your letter and it is rejected in its entirety.  We are not going to explain the precedent behind freedom of speech and petitioning in correspondence to you or your misinformed clients.

Additionally, James has never since we received your letter (or before) and will not destroy evidence (regardless of whether or not it is protected by First Amendment privilege.

A. Blair Dunn, Esq.
WARBA, LLP
505-750-3060

---

**From:** Iveth Larkin <ilarkin@garcialawgroupllc.com>
**Sent:** Friday, January 12, 2024 4:01:45 PM
**To:** abdunn ablairdunn-esq.com <abdunn@ablairdunn-esq.com>; warba.llp.jared@gmail.com <warba.llp.jared@gmail.com>; zach@zachcook.com <zach@zachcook.com>
**Cc:** Jade Delfin <jdelfin@garcialawgroupllc.com>; Bryan Garcia <bgarcia@garcialawgroupllc.com>; Rodney Gabaldon <rgabaldon@garcialawgroupllc.com>; Alyx Callison <acallison@garcialawgroupllc.com>; PP SPRINGER, J. <matter+ffc9dca3-1a48-4f83-9374-c2e2d5db7ea9@mailsync.practicepanther.com>
**Subject:** Springer v. Seventh Judicial District et al. Case No. 1:23-CV-00499

Dear Counsel,

Please see the attached correspondence in the above referenced matter.
Let me know if you have any questions or concerns.

Thank you,


**Iveth L. Larkin**
Legal Assistant for Bryan Garcia, Stephen French, W. Ann Maggiore,
Rodney Gabaldon, Jade Delfin and Andrew Deakyne
**Garcia Law Group, LLC**
6739 Academy Rd. NE
Suite 200
Albuquerque, NM 87109
505-629-1576 ext. 104
[iLarkin@garcialawgroupllc.com](mailto:iLarkin@garcialawgroupllc.com)

This e-mail and any attachments thereto are intended only for the use of the individual or entity to whom they are addressed and may contain information which is privileged and confidential. If you have received this email in error do not read, distribute, copy, or otherwise use the information contained therein. Please destroy it and notify me immediately by email or telephone.

**EXHIBIT G**