IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

    Plaintiff,

v.                                                      No. 1:23-cv-00499-MIS-JMR

SEVENTH JUDICIAL DISTRICT COURT
MERCEDES MURPHY,
SHANNON MURDOCK-POFF,
JASON JONES, and SUSAN ROSSIGNOL,

    Defendants.

## NOTICE OF LODGING OF MEDIA EXHIBITS

    COMES NOW Defendants Seventh Judicial District Court, Mercedes Murphy, Shannon-Murdock-Poff, Jason Jones, and Suan Rossignol (collectively hereinafter "Defendants"), by and through their counsel of record, Garcia Law Group, LLC (Bryan C. Garcia, Rodney L. Gabaldon, and Jade Delfin), and hereby give notice that USB drives will be lodged with the Court, containing the following media exhibits to Defendant's Reply in Support of Motion to Dismiss Amended Complaint for Declaratory Judgment and Injunctive Relief for Civil Rights Violations Under 42 U.S.C.A. § Violations of Rights Protected by the New Mexico Civil Rights Act:

    **Exhibit A**: This file contains the video published by Plaintiff James Springer on his YouTube channel Fake News Network, "Judges Think They are Immune from Criticism" (January 9, 2024), which can be accessed at: https://www.youtube.com/watch?v=ut6BlN4rgcA[1] and by clicking the icon.

---

[1] This video has been marked private.

**Exhibit C:** This file contains voicemails Defense Counsel received as a result of Plaintiff's call for flooding, which can be accessed and by clicking the icon.

**Exhibit D**: This file contains the video published by Plaintiff James Springer on his YouTube channel James Freeman, "Criticising (sic) Judges Should Be PUNISHED!!!" (January 9, 2024), which can be accessed at: https://www.youtube.com/watch?v=LlGgmuR-nxM and by clicking the icon.

**Exhibit E**: This file contains the video published by Plaintiff James Springer on his YouTube channel James Freeman, "District 7 Court STILL won't fill my records request!"[2] (January 12, 2024), which can be accessed at: https://www.youtube.com/watch?v=cPWGhS4Ygg0 and by clicking the icon.

**Exhibit H**: This file contains the video published by Plaintiff James Springer on his YouTube channel James Freeman, "Jade Delfin Of (sic) Garcia Law Group - Stop Criticizing government OR else" (January 12, 2024), which can be accessed at: https://www.youtube.com/watch?v=sydIYZhKNUs and by clicking the icon.

---

[2] During the livestream, the video was titled "Torrance County Sheriff and District 7 Court".

Respectfully submitted,

**GARCIA LAW GROUP, LLC**

*/s/ Jade Delfin*
Bryan C. Garcia
Rodney L. Gabaldon
Jade Delfin
*Attorneys for Defendants*
6739 Academy Road NE, Suite 200
Albuquerque, NM 87109
(505) 629-1576 / (505) 652-1337 (fax)
bgarcia@garcialawgroupllc.com
rgabaldon@garcialawgroupllc.com
jdelfin@garcialawgroupllc.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CMECF on this the 22nd day of January, 2024, which caused service to all counsel of record.

*/s/ Jade Delfin*
Jade Delfin