**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

JAMES SPRINGER,

      Plaintiff,

v.                                      No. 1:23-cv-00499-MIS-JMR

SEVENTH JUDICIAL DISTRICT COURT
MERCEDES MURPHY,
SHANNON MURDOCK-POFF,
JASON JONES, and SUSAN ROSSIGNOL,

      Defendants.

**DEFENDANTS' NOTICE OF COMPLETION OF BRIEFING
ON MOTION TO DISMISS DEFENDANT'S MOTION TO DISMISS AMENDED
COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF FOR
CIVIL RIGHTS VIOLATIONS UNDER 42 U.S.C.A. § VIOLATIONS OF RIGHTS
PROTECTED BY THE NEW MEXICO CIVIL RIGHTS ACT**

COMES NOW Defendants Seventh Judicial District Court, Mercedes Murphy, Shannon-Murdock-Poff, Jason Jones, and Suan Rossignol (collectively hereinafter "Defendants"), by and through their counsel of record, Garcia Law Group, LLC (Bryan C. Garcia, Rodney L. Gabaldon, and Jade Delfin), and hereby give notice that briefing on Defendant's Motion to Dismiss Amended Complaint for Declaratory Judgment and Injunctive Relief for Civil Rights Violations Under 42 U.S.C.A. § Violations of Rights Protected by the New Mexico Civil Rights Act [Doc. 77] is complete. The following have been submitted to the Court:

1.      Defendants' Motion to Dismiss Amended Complaint for Declaratory Judgment and Injunctive Relief for Civil Rights Violations Under 42 U.S.C.A. § Violations of Rights Protected by the New Mexico Civil Rights Act (filed December 11, 2023, Doc. 77);

2.      Defendants' Notice of Lodging of Media Exhibits (filed December 12, 2023, Doc. 78);

3.      Plaintiff's Response to Motion to Dismiss EFC. Doc. No. 77 (filed January 5, 2024, Doc. 86);

4.      Defendant's Reply in Support of Motion to Dismiss Amended Complaint for Declaratory Judgment and Injunctive Relief for Civil Rights Violations Under 42 U.S.C.A. § Violations of Rights Protected by the New Mexico Civil Rights Act (filed January 19, 2024, Doc. 89); and

5.      Defendants' Notice of Lodging of Media Exhibits (filed January 22, 2024, Doc. 90).

Accordingly, briefing is complete on Defendants' Defendant's Motion to Dismiss Amended Complaint for Declaratory Judgment and Injunctive Relief for Civil Rights Violations Under 42 U.S.C.A. § Violations of Rights Protected by the New Mexico Civil Rights Act, and the matter is ripe for decision.

Respectfully submitted,

**GARCIA LAW GROUP, LLC**

*/s/ Jade Delfin*
Bryan C. Garcia
Rodney L. Gabaldon
Jade Delfin
*Attorneys for Defendants*
6739 Academy Road NE, Suite 200
Albuquerque, NM 87109
(505) 629-1576 / (505) 652-1337 (fax)
bgarcia@garcialawgroupllc.com
rgabaldon@garcialawgroupllc.com
jdelfin@garcialawgroupllc.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CMECF

on this the <u>24th day of January, 2024</u>, which caused service to all counsel of record.

*/s/ Jade Delfin*
Jade Delfin