IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

        Plaintiff,

v.

                                       Civil Action No. 1:23-cv00499-MIS-JMR

SEVENTH JUDICIAL DISTRICT COURT,
MERCEDES MURPHY,
SHANNON MURDOCK-POFF, JASON JONES,
and SUSAN ROSSIGNOL,

        Defendants.

## NOTICE OF SUPPLEMENTAL AUTHORITY

COMES NOW, Plaintiff, by and through undersigned counsel and in furtherance of their duty of candor provides the Court with this supplemental authority recently decided *en banc* by the Fifth Circuit that relations to the Defendants' pending *Motion to Dismiss*, ECF Doc No. 77 as EXHIBIT 1 hereto attached.

                                                            Respectfully submitted,

                                                            WESTERN AGRICULTURE, RESOURCE
AND BUSINESS ADVOCATES, LLP

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.
Jared R. Vander Dussen, Esq.
400 Gold Ave SW, Suite 1000
Albuquerque, NM 87102
(505) 750-3060
abdunn@ablairdunn-esq.com
warba.llp.jared@gmail.com


Zach Cook, LLC

*/s/ Zach Cook*
Zach Cook
1202 Sudderth # 425
Ruidoso, NM 88345

1

(575) 937-7644
zach@zachcook.com

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, I filed the foregoing via the CM/ECF causing all parties of record to be served electronically.

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.