IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JAMES SPRINGER,**

      **Plaintiff,**

**v.**

      **Civil Action No. 1:23-cv00499-MIS-JMR**

**SEVENTH JUDICIAL DISTRICT COURT,**
**MERCEDES MURPHY,**
**SHANNON MURDOCK-POFF, JASON JONES,**
**and SUSAN ROSSIGNOL,**

      **Defendants.**

### NOTICE OF SUPPLEMENTAL INFORMATION

COMES NOW, Plaintiff, by and through undersigned counsel provides the Court with this supplemental recently acquired by Plaintiff by record request that relates to the Defendants' pending *Motion to Dismiss*, ECF Doc No. 77 found at the following link - https://drive.google.com/drive/folders/1NlvMvr1Q8rXVZxHGTvK6sa0U6FWHvJ8r?usp=sharing

      Respectfully submitted,

      WESTERN AGRICULTURE, RESOURCE
      AND BUSINESS ADVOCATES, LLP

      */s/ A. Blair Dunn*
      A. Blair Dunn, Esq.
      Jared R. Vander Dussen, Esq.
      400 Gold Ave SW, Suite 1000
      Albuquerque, NM 87102
      (505) 750-3060
      abdunn@ablairdunn-esq.com
      warba.llp.jared@gmail.com


      Zach Cook, LLC

      */s/ Zach Cook*
      Zach Cook

1

2

                              1202 Sudderth # 425
                              Ruidoso, NM 88345
                              (575) 937-7644
                              zach@zachcook.com

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, I filed the foregoing via the CM/ECF causing all parties of record to be served electronically.

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.