# EXHIBIT 1

**abdunn ablairdunn-esq.com**

---

| | |
|---|---|
| **From:** | abdunn ablairdunn-esq.com |
| **Sent:** | Monday, January 22, 2024 8:38 AM |
| **To:** | Jade Delfin |
| **Cc:** | warba.llp.jared@gmail.com; Zach Cook; Iveth Larkin; Rodney Gabaldon; Bryan Garcia; PP Springer, J. 100.103 |
| **Subject:** | RE: Activity in Case 1:23-cv-00499-MIS-JMR Springer v. Seventh Judicial District Court et al Reply to Response to Motion |

So your clarification is that you are not providing a clarified position? So may I note you are not opposed? I do not understand how under 7.1 you expect that a refusal to say whether or not you oppose the relief is appropriate? "A motion must be in writing and state with particularity the grounds and the relief sought. A party may adopt by reference another party's motion or other paper by making specific reference to the filing date and docket number of such motion or other paper. <u>Movant **must** determine whether a motion is opposed</u>, and a motion that omits recitation of a good-faith request for concurrence may be summarily denied." LR 7.1. You of course can omit that you included new evidence in the reply and can see that it is fair that we should be able to respond to new evidence with a surreply? Why, other than you and your clients being obstreperous because your feelings are hurt, would you oppose the relief requested?

Respectfully,

*A. Blair Dunn Esq*

1



**From:** Jade Delfin <jdelfin@garcialawgroupllc.com>
**Sent:** Monday, January 22, 2024 8:31 AM
**To:** abdunn ablairdunn-esq.com <abdunn@ablairdunn-esq.com>
**Cc:** warba.llp.jared@gmail.com; Zach Cook <zach@zachcook.com>; Iveth Larkin <ilarkin@garcialawgroupllc.com>; Rodney Gabaldon <rgabaldon@garcialawgroupllc.com>; Bryan Garcia <bgarcia@garcialawgroupllc.com>; PP Springer, J. 100.103 <matter+ffc9dca3-1a48-4f83-9374-c2e2d5db7ea9@mailsync.practicepanther.com>
**Subject:** RE: Activity in Case 1:23-cv-00499-MIS-JMR Springer v. Seventh Judicial District Court et al Reply to Response to Motion

Good morning Mr. Dunn,

To clarify my response--Defendants take no position and will defer to the Court regarding your request for relief.

Sincerely,

Jade Delfin
Attorney
GARCIA LAW GROUP, LLC
6739 Academy Road NE, Suite 200
Albuquerque, NM 87109
Email jdelfin@garcialawgrouppllc.com
Office 505-843-7075
Direct 505-501-8941
Fax 505-652-1337



Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communication that may be privileged or confidential and are intended solely for the addressed individual or entity. If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately.

**From:** abdunn ablairdunn-esq.com <abdunn@ablairdunn-esq.com>
**Sent:** Monday, January 22, 2024 8:28 AM
**To:** Jade Delfin <jdelfin@garcialawgroupllc.com>
**Cc:** warba.llp.jared@gmail.com; Zach Cook <zach@zachcook.com>; Iveth Larkin <ilarkin@garcialawgroupllc.com>; Rodney Gabaldon <rgabaldon@garcialawgroupllc.com>; Bryan Garcia <bgarcia@garcialawgroupllc.com>; PP Springer, J. 100.103 <matter+ffc9dca3-1a48-4f83-9374-c2e2d5db7ea9@mailsync.practicepanther.com>
**Subject:** RE: Activity in Case 1:23-cv-00499-MIS-JMR Springer v. Seventh Judicial District Court et al Reply to Response to Motion

Jade I need your position on a motion. Sorry I thought you understood that leave to file requires a motion and order from the Court.

Respectfully,



WARBA, LLP

WESTERN AGRICULTURE, RESOURCE AND BUSINESS ADVOCATES, LLP

400 GOLD AVE SW, SUITE 1000

ALBUQUERQUE, NM 87102

T: 505-750-3060

F: 505-226-8500

**From:** Jade Delfin <jdelfin@garcialawgroupllc.com>
**Sent:** Monday, January 22, 2024 8:26 AM
**To:** abdunn ablairdunn-esq.com <abdunn@ablairdunn-esq.com>
**Cc:** warba.llp.jared@gmail.com; Zach Cook <zach@zachcook.com>; Iveth Larkin <ilarkin@garcialawgroupllc.com>; Rodney Gabaldon <rgabaldon@garcialawgroupllc.com>; Bryan Garcia <bgarcia@garcialawgroupllc.com>; PP Springer, J. 100.103 <matter+ffc9dca3-1a48-4f83-9374-c2e2d5db7ea9@mailsync.practicepanther.com>
**Subject:** RE: Activity in Case 1:23-cv-00499-MIS-JMR Springer v. Seventh Judicial District Court et al Reply to Response to Motion

Good morning Mr. Dunn,

We will defer to the Court on your request for leave to file a sur-reply.

Sincerely,

Jade Delfin
Attorney
GARCIA LAW GROUP, LLC
6739 Academy Road NE, Suite 200
Albuquerque, NM 87109
Email jdelfin@garcialawgroupllc.com
Office 505-843-7075
Direct 505-501-8941
Fax 505-652-1337



Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communication that may be privileged or confidential and are intended solely for the addressed individual or entity. If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately.

**From:** abdunn ablairdunn-esq.com <abdunn@ablairdunn-esq.com>
**Sent:** Saturday, January 20, 2024 9:19 AM
**To:** Jade Delfin <jdelfin@garcialawgroupllc.com>; Rodney Gabaldon <rgabaldon@garcialawgroupllc.com>
**Cc:** warba.llp.jared@gmail.com; Zach Cook <zach@zachcook.com>
**Subject:** RE: Activity in Case 1:23-cv-00499-MIS-JMR Springer v. Seventh Judicial District Court et al Reply to Response to Motion

Jade – Will you stipulate to leave for us to file a surreply given that you included new evidence in a Reply?

Respectfully,





WARBA, LLP

WESTERN AGRICULTURE, RESOURCE AND BUSINESS ADVOCATES, LLP

400 GOLD AVE SW, SUITE 1000

ALBUQUERQUE, NM 87102

T: 505-750-3060

F: 505-226-8500

**From:** cmecfbb@nmd.uscourts.gov <cmecfbb@nmd.uscourts.gov>
**Sent:** Friday, January 19, 2024 5:20 PM
**To:** cmecfto@nmcourt.uscourts.gov
**Subject:** Activity in Case 1:23-cv-00499-MIS-JMR Springer v. Seventh Judicial District Court et al Reply to Response to Motion

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**United States District Court - District of New Mexico**

## Notice of Electronic Filing

The following transaction was entered by Delfin, Jade on 1/19/2024 at 5:20 PM MST and filed on 1/19/2024

**Case Name:** Springer v. Seventh Judicial District Court et al
**Case Number:** 1:23-cv-00499-MIS-JMR
**Filer:** Jason Jones
Shannon Murdock-Poff
Mercedes Murphy
Susan Rossignol
Seventh Judicial District Court

**Document Number:** 89

**Docket Text:**
**REPLY to Response to Motion re [77] MOTION to Dismiss *Amended Complaint* filed by Jason Jones, Shannon Murdock-Poff, Mercedes Murphy, Susan Rossignol, Seventh Judicial District Court. (Attachments: # (1) Exhibit Exhibit B, # (2) Exhibit Exhibit F, # (3) Exhibit Exhibit G)(Delfin, Jade)**

**1:23-cv-00499-MIS-JMR Notice has been electronically mailed to:**

A. Blair Dunn      abdunn@ablairdunn-esq.com, warba.llp@gmail.com, warba.llp.jared@gmail.com

Bryan C Garcia      bgarcia@garcialawgroupllc.com, acallison@garcialawgroupllc.com, ilarkin@garcialawgroupllc.com, jjohnson@garcialawgroupllc.com

Jade Delfin      jdelfin@garcialawgroupllc.com, acallison@garcialawgroupllc.com, ilarkin@garcialawgroupllc.com

Jared Robert Vander Dussen      warba.llp.jared@gmail.com

Rodney Gabaldon      rgabaldon@garcialawgroupllc.com, acallison@garcialawgroupllc.com, ilarkin@garcialawgroupllc.com

Zachary J Cook      zach@zachcook.com, julie@zachcook.com

**1:23-cv-00499-MIS-JMR Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1167529506 [Date=1/19/2024] [FileNumber=12906651-0] [118c64e4a32f6ba7a16ed421204b9366d388ea0febd4053a2676ec95c53d712a56 57bcf2a43abcb45bf17182ff8d9a7c5284e622568cc747b8ee2b02afd98f03]]
**Document description:** Exhibit Exhibit B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1167529506 [Date=1/19/2024] [FileNumber=12906651-1] [5f911b8c3bc5e87226636ba76c226cf06a819a419679b010b024d691f51761e95c 89e8f49a4d5c2b89e656fc4b66f36ce86ca0597b2341fac8e7ed9d5ee8118f]]

**Document description:**Exhibit Exhibit F
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1167529506 [Date=1/19/2024] [FileNumber=12906651-2] [203f08216e98d0a730efcab0421f1dcf995d87b14a35a60f4db6e413ab9585938b53fb577cff296895bc5d5063f5f8fe26201e2cc0f9f5b34174d7686aa63d75]]

**Document description:**Exhibit Exhibit G
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1167529506 [Date=1/19/2024] [FileNumber=12906651-3] [b787cfdf3aa70fa3232cff14976903fcdd6314a106c9bac404b253b69100835a8ac4f93860c5e7f96a3e61b7212c04a969eaea4223a05e32f6af0f2fa56018b8]]