

**JASON E. JONES**
COURT EXECUTIVE OFFICER

**State of New Mexico**
**SEVENTH JUDICIAL DISTRICT COURT**
CATRON, SIERRA, SOCORRO, AND TORRANCE COUNTIES

P.O. DRAWER 1129
SOCORRO, NEW MEXICO 87801
PHONE: (575) 835-0050 EXT. 20
FAX: (575) 835-2033

March 1, 2023

Mr. James Alan Springer
P.O. Box 242
Torreon, NM 87016

Dear Mr. Springer:

As the CEO of the Seventh Judicial District Court, it has been brought to my attention that court staff are being harassed on your behalf and has impacted court resources. The Court has issued an Administrative Order on March 1, 2023, that if you are required to be in court or have official court business you will check in with the Torrance County Sheriff's Office to be escorted and accompanied pursuant to the Administrative Order.

Sincerely,

*[signature]*

Jason Jones
Court Executive Officer

# EXHIBIT 2