IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

        Plaintiff,

v.

                              Civil Action No. 1:23-cv00499-MIS-JMR

SEVENTH JUDICIAL DISTRICT COURT,
MERCEDES MURPHY,
SHANNON MURDOCK-POFF, JASON JONES,
and SUSAN ROSSIGNOL,

        Defendants.

## CERTIFICATE OF SERVICE

      This is to certify that Summonses and the Second Amended Complaint, ECF Doc. No. 99 were hand delivered to the New Mexico Attorney General on February 21, 2024. In addition, Summonses and the Second Amended Complaint, ECF Doc. No. 99 were served on Defendants via email to their counsel, Jade Delfin, who agreed to accept service of the same on behalf of Defendants.

                WESTERN AGRICULTURE, RESOURCE
                AND BUSINESS ADVOCATES, LLP

                */s/ A. Blair Dunn*
                A. Blair Dunn, Esq.
                Jared R. Vander Dussen, Esq.
                400 Gold Ave SW, Suite 1000
                Albuquerque, NM 87102
                (505) 750-3060
                abdunn@ablairdunn-esq.com
                warba.llp.jared@gmail.com


                Zach Cook, LLC

                */s/ Zach Cook*
                Zach Cook
                1202 Sudderth # 425
                Ruidoso, NM 88345
                (575) 937-7644
                zach@zachcook.com