IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

    Plaintiff,

v.                                         1:23-cv-00499-MIS-JMR

SEVENTH JUDICIAL DISTRICT COURT,
MERECEDES MURPHY, SHANNON
MURDOCK-POFF, JASON JONES, and
SUSAN ROSSIGNOL,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **Thursday, February 22, 2024**, at **2:00 p.m.** Counsel shall call my AT&T toll-free conference line at 1-877-336-1831 and dial access code 4999264 to be joined to the proceedings.

The parties should be prepared to discuss whether to keep or vacate the settlement conference set for March 13, 2024.

<span style="color:red">Recording or broadcasting of this hearing is prohibited</span>.

JENNIFER M. ROZZONI
United States Magistrate Judge