# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Jennifer M. Rozzoni,**
**United States Magistrate Judge**

## CLERK'S MINUTES

**CASE TITLE**: *Springer v. Seventh Judicial District Court et al*

**DATE**: Thursday, February 22, 2024

**CASE No**: 1:23-cv-00499-MIS-JMR

**COURTROOM CLERK**: CCP

**PROCEEDINGS COMMENCED**: 2:00 p.m.

**COURT IN RECESS**: 2:20 p.m.

**TYPE OF PROCEEDING**: *Status Conference*

**RECORDED**: Liberty-MARS

**ATTORNEYS PRESENT FOR PLAINTIFF**:

A. Blair Dunn
Jared Robert Vander Dussen
Zachary J. Cook

**ATTORNEYS PRESENT FOR DEFENDANTS**:

Jade Delfin
Alex Callison (law clerk)

**The following issues were discussed**:

I.   The Court asked the parties about the settlement conference set for March 13, 2024 and whether it should be reset based on the changing procedural posture of this case.

II.   Ms. Delfin states that defendants intend to file another motion to dismiss in response to the second amended complaint.

III.   Mr. Dunn states that he intends to file another motion for a preliminary injunction.   He states that it might be useful to have the briefing completed before holding the settlement conference.

IV.     The Court will vacate the settlement conference set for March 13, 2024.   The Court will tentatively set a settlement conference for Wednesday, May 22, 2024 beginning at 9:00 a.m.   Alternatively, the Court is also available Thursday, May 23, 2024 or Thursday, May 30, 2024.   The conference will be held in-person at the Pete V. Domenici Courthouse, 333 Lomas Boulevard, Albuquerque, New Mexico.   The parties will check with their clients and email both the Court (rozzonichambers@nmd.uscourts.gov) and opposing counsel no later than the close business on Tuesday, February 27, 2024, to confirm their availability.

V.      Ms. Delfin raised the issue of plaintiff trying to confront defendants in person, rather than only communicating through counsel.   She also raised the issue of plaintiff giving out her information to encourage his viewers to email and call her.   Mr. Dunn argued that this issue is not properly before the Court.   Judge Rozzoni advised Ms. Delfin to raise these issues in a motion to the Court, if needed.