IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

    Plaintiff,

v.                                                      No. 1:23-cv-00499-MIS-JMR

SEVENTH JUDICIAL DISTRICT COURT
MERCEDES MURPHY,
SHANNON MURDOCK-POFF,
JASON JONES, and SUSAN ROSSIGNOL,

    Defendants.

**DEFENDANTS' NOTICE OF COMPLETION OF BRIEFING
ON DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR
DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF FOR CIVIL RIGHTS
VIOLATIONS UNDER 42 U.S.C.A. § VIOLATIONS OF RIGHTS PROTECTED BY THE
<u>NEW MEXICO CIVIL RIGHTS ACT</u>**

    COMES NOW Defendants Seventh Judicial District Court, Mercedes Murphy, Shannon-Murdock-Poff, Jason Jones, and Suan Rossignol (collectively hereinafter "Defendants"), by and through their counsel of record, Garcia Law Group, LLC (Bryan C. Garcia, Rodney L. Gabaldon, and Jade Delfin), and hereby give notice that briefing on Defendant's Motion to Dismiss Second Amended Complaint for Declaratory Judgment and Injunctive Relief for Civil Rights Violations Under 42 U.S.C.A. § Violations of Rights Protected by the New Mexico Civil Rights Act [Doc. 105] is complete. The following are submitted to the Court:

    1.    Defendants' Motion to Dismiss Second Amended Complaint for Declaratory Judgment and Injunctive Relief for Civil Rights Violations Under 42 U.S.C.A. § Violations of Rights Protected by the New Mexico Civil Rights Act (filed March 6, 2024, Doc. 105);

    2.    Plaintiff's Response to Motion to Dismiss EFC. Doc. No. 77 (filed April 3, 2024, Doc. 108); and

3. Defendant's Reply in Support of Motion to Dismiss Second Amended Complaint for Declaratory Judgment and Injunctive Relief for Civil Rights Violations Under 42 U.S.C.A. § Violations of Rights Protected by the New Mexico Civil Rights Act (filed April 17, 2024, Doc. 109).

Accordingly, briefing is complete on Defendants' Defendant's Motion to Dismiss Second Amended Complaint for Declaratory Judgment and Injunctive Relief for Civil Rights Violations Under 42 U.S.C.A. § Violations of Rights Protected by the New Mexico Civil Rights Act, and the matter is ripe for decision.

Respectfully submitted,

**GARCIA LAW GROUP, LLC**

*/s/ Jade Delfin*
Bryan C. Garcia
Rodney L. Gabaldon
Jade Delfin
*Attorneys for Defendants*
6739 Academy Road NE, Suite 200
Albuquerque, NM 87109
(505) 629-1576 / (505) 652-1337 (fax)
bgarcia@garcialawgroupllc.com
rgabaldon@garcialawgroupllc.com
jdelfin@garcialawgroupllc.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CMECF on this the 23rd day of April, 2024, which caused service to all counsel of record.

*/s/ Jade Delfin*
Jade Delfin