**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**JAMES SPRINGER,**

      **Plaintiff,**

v.

                                 **Civil Action No. 1:23-cv-00499-MIS-JMR**

**SEVENTH JUDICIAL DISTRICT COURT,
MERCEDES MURPHY,
SHANNON MURDOCK-POFF, JASON JONES,
and SUSAN ROSSIGNOL,**

      **Defendants.**

**NOTICE OF APPEAL**

Notice is hereby given that this 31st day of May 2024, pursuant to Fed. R. App. P., Rule 4(a)(1)(B) that Plaintiff James Springer hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order of this Court Dismissing Second Amended Complaint (ECF Doc. 114) entered in this matter on May 31, 2024.

                                                        Respectfully submitted,

                                                        WESTERN AGRICULTURE, RESOURCE
                                                        AND BUSINESS ADVOCATES, LLP

                                                        */s/ A. Blair Dunn*
                                                        A. Blair Dunn, Esq.
                                                        Jared R. Vander Dussen, Esq.
                                                         400 Gold Ave SW, Suite 1000
                                                        Albuquerque, NM 87102
                                                        (505) 750-3060
                                                        abdunn@ablairdunn-esq.com
                                                        warba.llp.jared@gmail.com

                                                        Zach Cook, LLC

2

/s/ Zach Cook
Zach Cook
1202 Sudderth # 425
Ruidoso, NM 88345
(575) 937-7644
zach@zachcook.com

CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2023, I filed the foregoing via the CM/ECF causing all parties of record to be served electronically.

/s/ A. Blair Dunn
A. Blair Dunn, Esq.