IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

    Plaintiff,

v.

SEVENTH JUDICIAL DISTRICT COURT,
MERCEDES MURPHY,
SHANNON MURDOCK-POFF,
JASON JONES, and
SUSAN ROSSIGNOL,

    Defendants.

Case No. 1:23-cv-00499-MIS-JMR

## FINAL JUDGMENT

On May 31, 2024, the Court issued an Order Dismissing Plaintiff's Second Amended Complaint and providing Plaintiff leave to file a Third Amended Complaint. ECF No. 114. Plaintiff appealed that Order, see ECF No. 115, but the Tenth Circuit dismissed the appeal for lack of appellate jurisdiction, ECF No. 121. On October 31, 2024, Plaintiff announced his intention to stand on his Second Amended Complaint and requested the Court to enter a final order or judgment. ECF No. 123.

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Dismissing Second Amended Complaint, ECF No. 114, the Court hereby issues its separate judgment finally disposing of this civil case. This case is now **CLOSED**.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE